# EXHIBIT B



FILED MAR 05 2024
CIRCUIT COURT OF SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY
By: L Kittinger
CLERK

IN THE WYOMING CIRCUIT COURT
SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY
115 N CENTER ST, SUITE 400, CASPER, WY 82601

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.,
A Wyoming Corporation,

*Plaintiff,*

-vs-

R[REDACTED]

*Defendant,*

F[REDACTED]

*Co-Defendant.*

Civil Action No: CV-2023-3493

**DEFAULT JUDGMENT AGAINST** R[REDACTED] **and** F[REDACTED]

THIS MATTER having come before the Court upon Plaintiff's application for Default Judgment and the Court having reviewed the file and being otherwise fully advised on the premise, finds:

1. Plaintiff's complaint was for a sum certain or a sum that can be made certain by computation.
2. A default has been entered in this matter against R[REDACTED] and F[REDACTED]
3. The Defendant(s), R[REDACTED] and F[REDACTED], are jointly and severely liable for the following claim(s):

| ORIGINAL CREDITOR | PRINCIPAL | INTEREST | COLLECTION FEE | INTEREST RATE | BREACH DATE | PAYMENTS RECEIVED |
|---|---|---|---|---|---|---|
| BROOK TROUT DENTAL, PC. | $1240.00 | $283.98 | ~~$434.00~~ | 24% | 05-08-23 | $0.00 |

*$0 Found unconscionable under §40-14-508*
*Plaintiff may request hearing*

4. <u>FEES:</u> The following fees and costs incurred are awardable to the plaintiff:

| FEE | AMOUNT | TOTAL FEES |
|---|---|---|
| Court Filing Fee | $ 70.00 | |
| Service of Process Fee | $ 70.00 | $440.00 |
| Attorney Fee | $ 300.00 | |

**NOW THEREFORE, IT IS HEREBY ORDERED, AJUDGED, AND DECREED** that Judgment is entered jointly and severally against R[REDACTED] and F[REDACTED] for CLAIM and FEES in the amount of ~~$2397.98~~ $1963.98 bearing interest at the rate of 24.00% per year plus future court and attorneys' fees as accrued by Plaintiff and allowed by law.

DATED this ____ day of MAR 05 2024, 20___. BY THE CIRCUIT COURT,

_____
Judge/Magistrate

Copies to:
- ☑ *Plaintiff* (Wilkerson & Wilkerson, P.O. Box 688, Powell, Wyoming 82435)
- ☑ *Defendant* (R[REDACTED] Lusk, Wy 82225)
- ☑ *Co-Defendant* (F[REDACTED] Lusk Wy 82225)

*mailed SK MAR 05 2024*

Plaintiff's File No.: 281420

**EXHIBIT B**                      Page 1 of 6

FILED MAR 05 2024
CIRCUIT COURT OF SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY
By: L Kittinger
CLERK

IN THE WYOMING CIRCUIT COURT
SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY
115 N CENTER ST, SUITE 400, CASPER, WY 82601

| | |
|---|---|
| ROCKY MOUNTAIN RECOVERY SYSTEMS, INC., A Wyoming Corporation,<br>*Plaintiff,*<br>-vs-<br>H[REDACTED]<br>*Defendant.* | Civil Action No: CV-2023-3391<br><br>**DEFAULT JUDGMENT AGAINST H**[REDACTED] |

**THIS MATTER** having come before the Court upon Plaintiff's application for Default Judgment and the Court having reviewed the file and being otherwise fully advised on the premise, finds:

1. Plaintiff's complaint was for a sum certain or a sum that can be made certain by computation.
2. A default has been entered in this matter against H[REDACTED]
3. The Defendant(s), H[REDACTED] is liable for the following claim(s):

```
ORIGINAL                    |PRINCIPAL | INTEREST |COLLECTION|INTEREST| BREACH   | PAYMENTS
CREDITOR                    |          |          | FEE      | RATE   | DATE     | RECEIVED
----------------------------+----------+----------+----------+--------+----------+----------
CASPER MEDICAL IMAGING, PC  | $130.49  | $13.25   | $0.00    | 7%     |08-21-22  | $50.00
----------------------------+----------+----------+----------+--------+----------+----------
CENTRAL WYOMING SKIN CLINIC | $356.00  | $79.63   | $124.60  | 21%    |07-22-22  | $0.00
```

*To Find unconscionable under $40-14-508*
*Plaintiff may ask for hearing*

4. **FEES**: The following fees and costs incurred are awardable to the plaintiff:

| FEE | AMOUNT | TOTAL FEES |
|---|---|---|
| Court Filing Fee | $ 70.00 | $420.00 |
| Service of Process Fee | $ 50.00 | |
| Attorney Fee | $ 300.00 | |

**NOW THEREFORE, IT IS HEREBY ORDERED, AJUDGED, AND DECREED** that Judgment is entered against H[REDACTED] for CLAIM and FEES in the amount of $1073.97 bearing interest at the rate of 10% per year plus future court and attorneys' fees as accrued by Plaintiff and allowed by law.

*$949.37*

**DATED** this ___ day of MAR 05 2024, 20___. BY THE CIRCUIT COURT

_____
Judge/Magistrate

Copies to:
☑ *Plaintiff* (Wilkerson & Wilkerson, P.O. Box 688, Powell, Wyoming 82435)
☑ *Defendant* (H[REDACTED] Casper, Wy 82609)

MAR 06 2024

Plaintiff's File No.: 275624

EXHIBIT B                                                    Page 2 of 6

IN THE WYOMING CIRCUIT COURT
SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY
115 N CENTER ST, SUITE 400, CASPER, WY 82601

FILED MAR 05 2024

| ROCKY MOUNTAIN RECOVERY SYSTEMS, INC., A Wyoming Corporation,<br>*Plaintiff,*<br>-vs-<br>R[REDACTED]<br>*Defendant,*<br>E[REDACTED]<br>*Co-Defendant.* | CIRCUIT COURT OF SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY<br>Civil Action No: CV-2023-3422 *By: B.Kitinger*<br>CLERK<br><br>**DEFAULT JUDGMENT AGAINST R**[REDACTED] **and E**[REDACTED] |
|---|---|

**THIS MATTER** having come before the Court upon Plaintiff's application for Default Judgment and the Court having reviewed the file and being otherwise fully advised on the premise, finds:

1. Plaintiff's complaint was for a sum certain or a sum that can be made certain by computation.
2. A default has been entered in this matter against R[REDACTED] and E[REDACTED]
3. The Defendant(s), R[REDACTED] and E[REDACTED] are jointly and severely liable for the following claim(s):

```
ORIGINAL                       |PRINCIPAL | INTEREST |COLLECTION|INTEREST| BREACH   | PAYMENTS
CREDITOR                       |          |          | FEE      | RATE   | DATE     | RECEIVED
-------------------------------+----------+----------+----------+--------+----------+----------
JESSICA L CASSITY, DDS         | $384.65  | $77.59   | $141.55  |  21%   |10-26-21  | $0.00
```

*Found Unconscionable under § 40-14-508*
*Plaintiff may ask for hearing*

4. **FEES:** The following fees and costs incurred are awardable to the plaintiff:

| FEE | AMOUNT | TOTAL FEES |
|---|---|---|
| Court Filing Fee | $ 70.00 | |
| Service of Process Fee | $ 75.00 | $445.00 |
| Attorney Fee | $ 300.00 | |

**NOW THEREFORE, IT IS HEREBY ORDERED, AJUDGED, AND DECREED** that Judgment is entered jointly and severally against R[REDACTED] and E[REDACTED] for CLAIM and FEES in the amount of $1,048.79 *$907.74* bearing interest at the rate of 21.00% per year plus future court and attorneys' fees as accrued by Plaintiff and allowed by law.

**DATED** this ____ day of __MAR 0 5 2024__, 20___. BY THE CIRCUIT COURT

_____
Judge/Magistrate

Copies to:
- ☑ *Plaintiff* (Wilkerson & Wilkerson, P.O. Box 688, Powell, Wyoming 82435)
- ☑ *Defendant* (R[REDACTED] Casper, Wy 82601-1053) *mailed*
- ☑ *Co-Defendant* (E[REDACTED] Casper Wy 82601-1053) MAR 0 6 2024

Plaintiff's File No.: 285809

**EXHIBIT B**

Page 3 of 6



IN THE WYOMING CIRCUIT COURT
SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY
115 N CENTER ST, SUITE 400, CASPER, WY 82601

CIRCUIT COURT OF SEVENTH JUDICIAL
DISTRICT, NATRONA COUNTY
By: L Kittinger
CLERK

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.,
A Wyoming Corporation,

*Plaintiff,*

-vs-

L[REDACTED]

*Defendant,*

J[REDACTED]

*Co-Defendant.*

Civil Action No: CV-2023-3290

**DEFAULT JUDGMENT AGAINST L[REDACTED] and J[REDACTED]**

**THIS MATTER** having come before the Court upon Plaintiff's application for Default Judgment and the Court having reviewed the file and being otherwise fully advised on the premise, finds:

1. Plaintiff's complaint was for a sum certain or a sum that can be made certain by computation.
2. A default has been entered in this matter against L[REDACTED] and J[REDACTED]
3. The Defendant(s), L[REDACTED] and J[REDACTED] are jointly and severely liable for the following claim(s):

```
ORIGINAL                     |PRINCIPAL | INTEREST |COLLECTION|INTEREST| BREACH  | PAYMENTS
CREDITOR                     |          |          | FEE      | RATE   | DATE    | RECEIVED
-----------------------------+----------+----------+----------+--------+---------+----------
WYOMING SURGICAL ASSOCIATES  | $6197.00 | $1483.20 |   $0.00  |  7%    |02-27-20 |   $0.00
-----------------------------+----------+----------+----------+--------+---------+----------
CASPER MEDICAL IMAGING, PC   |   $45.62 |   $12.76 |   $0.00  |  7%    |03-09-20 |   $0.00
-----------------------------+----------+----------+----------+--------+---------+----------
CASPER MEDICAL IMAGING, PC   |  $173.99 |   $49.05 |   $0.00  |  7%    |02-27-20 |   $0.00
-----------------------------+----------+----------+----------+--------+---------+----------
WYOMING SURGICAL ASSOCIATES  | $3220.00 | $2578.55 | ~~$1127.00~~ |  21%   |10-23-20 |   $0.00
-----------------------------+----------+----------+----------+--------+---------+----------
```

4. **FEES:** The following fees and costs incurred are awardable to the plaintiff:

| FEE | AMOUNT | TOTAL FEES |
|---|---|---|
| Court Filing Fee | $ 70.00 | |
| Service of Process Fee | $ 75.00 | $445.00 |
| Attorney Fee | $ 300.00 | |

**NOW THEREFORE, IT IS HEREBY ORDERED, AJUDGED, AND DECREED** that Judgment is entered jointly and severally against L[REDACTED] and J[REDACTED] for CLAIM and FEES in the amount of ~~$15332.17~~ $14,205.17 bearing interest at the rate of 10% per year plus future court and attorneys' fees as accrued by Plaintiff and allowed by law.

DATED this 18 day of March, 2024. BY THE CIRCUIT COURT

_____
Judge/Magistrate

Copies to:
- ☑ *Plaintiff* (Wilkerson & Wilkerson, P.O. Box 688, Powell, Wyoming 82435)
- ☑ *Defendant* (L[REDACTED] Mills, Wy 82644)
- ☑ *Co-Defendant* (J[REDACTED] Mills Wy 82644)

Filed MAR 18 2024

Plaintiff's File No.: 241630

*Collection fee unconscionable. Plaintiff can request a hearing pursuant to W.S. 40-14-508(b)*

**EXHIBIT B**

| STATE OF WYOMING | COUNTY OF NATRONA |
|---|---|
| ROCKY MOUNTAIN RECOVERY SYSTEMS, INC., A Wyoming Corporation,<br><br>       *Plaintiff,*<br>-vs-<br><br>C[REDACTED]<br><br>       *Defendant,* | IN THE CIRCUIT COURT  MAR 22 2024<br>SEVENTH JUDICIAL DISTRICT<br>115 N CENTER ST SUITE 400 CIRCUIT COURT OF SEVENTH JUD<br>CASPER, WYOMING 82601 DISTRICT, NATRONA COUNTY<br>      L. Kittinger<br>            CLERK<br><br>Civil Action No: CV-2024-0374<br><br>**JUDGMENT ON THE PLEADINGS**<br>against C[REDACTED] |

FILE MAR 22 2024

  **THIS MATTER** having come before the Court on the _____ day of _____ 2024, pursuant to Plaintiff's motion for judgment on the pleadings, and the Plaintiff having appeared through its attorney, and the Defendants having *(please circle one)* <u>appeared pro se</u> / <u>failed to appear</u> and the Court, after having reviewed the file and heard arguments, finds that Plaintiff is entitled to a judgment as a matter of law.

  **NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be, and hereby is, awarded to the Plaintiff, and against C[REDACTED] in the amount of $6,131.81 calculated as follows:

*$5070.81*

| | | | | |
|---|---|---|---|---|
| *c* | a. | Principal of | $ | 2,746.21   /Found Unconscionable |
| *i/u* | b. | Contractual Collection Fee of | $ | ~~869.75~~   §40-14-508 |
| | b. | Interest to date of | $ | 1919.60 |
| | c. | Contractual Attorney Fees of | $ | *$300* ~~491.25~~ \\ Plaintiff may Request Hearing |
| | c. | Process Server fees | $ | *c*   35.00 |
| | d. | Court filing fee of | $ | 70.00 |
| | e. | Partial Payment of | $ | (00.00) |

together with interest on the unpaid judgment at the statutory rate of 10% per annum and future costs as may be allowed by law.

  **DONE** this _____ day of _____ MAR 2 2 2024 , 2024.

          **BY THE COURT:**

          _____
          Circuit Court Judge

Copies to: ✓WILKERSON & WILKERSON LLC, P.O. Box 688, Powell, WY 82435 mailed JK
     ✓C[REDACTED] Glenrock, WY 82637. MAR 22 2024

Plaintiffs number 249980.rmr

EXHIBIT B                               Page 5 of 6

IN THE WYOMING CIRCUIT COURT
SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY
115 N CENTER ST, SUITE 400, CASPER, WY 82601

FILED APR 25 2024
CIRCUIT COURT OF SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY
By: L Kittinger CLERK

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.,
A Wyoming Corporation,

*Plaintiff,*

-vs-

E[REDACTED]

*Defendant,*

C[REDACTED]

*Co-Defendant.*

Civil Action No: CV-2024-0652

**DEFAULT JUDGMENT AGAINST E[REDACTED] and C[REDACTED]**

**THIS MATTER** having come before the Court upon Plaintiff's application for Default Judgment and the Court having reviewed the file and being otherwise fully advised on the premise, finds:

1. Plaintiff's complaint was for a sum certain or a sum that can be made certain by computation.
2. A default has been entered in this matter against E[REDACTED] and C[REDACTED]
3. The Defendant(s), E[REDACTED] and C[REDACTED] are jointly and severely liable for the following claim(s):

```
ORIGINAL           |PRINCIPAL | INTEREST |COLLECTION|INTEREST| BREACH  | PAYMENTS
CREDITOR           |          |          | FEE      | RATE   | DATE    | RECEIVED
-------------------+----------+----------+----------+--------+---------+---------
OIL CITY DENTAL    | $279.30  | $33.62   | $97.75   | 21%    |01-05-23 | $0.00
```

*Found Unconscionable*
*§40-14-508*

4. **FEES:** The following fees and costs incurred are awardable to the plaintiff:

| FEE | AMOUNT | TOTAL FEES |
|---|---|---|
| Court Filing Fee | $ 70.00 | |
| Service of Process Fee | $ 75.00 | $445.00 |
| Attorney Fee | $ 300.00 | |

*Plaintiff may Request Hearing*

**NOW THEREFORE, IT IS HEREBY ORDERED, AJUDGED, AND DECREED** that Judgment is entered jointly and severally against E[REDACTED] and C[REDACTED] for CLAIM and FEES in the amount of $855.67 bearing interest at the rate of 21.00% per year plus future court and attorneys' fees as accrued by Plaintiff and allowed by law.

[handwritten: $757.92 / $752.92]

**DATED** this 25th day of April, 2024. BY THE CIRCUIT COURT

_____
Judge/Magistrate

Copies to:
- ☑ *Plaintiff* (Wilkerson & Wilkerson, P.O. Box 688, Powell, Wyoming 82435)
- ☑ *Defendant* (E[REDACTED] Casper, Wy 82604)
- ☑ *Co-Defendant* (C[REDACTED] Casper Wy 82604)

*mailed APR 26 2024*