# EXHIBIT F



# ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.

Wednesday, January 17, 2024



Torrington, WY 82240

**Original Creditor:** Family Dentistry
**Account Number:**
**Balance Due:** $2,134.11

Patient: Family

## PRE-COLLECTION NOTICE

To Whom It May Concern,

This letter is to notify you that the above balance has been forwarded to our collection agency. To protect you as a consumer and to ensure that your creditor is paid in a reasonable manner, we are giving you an opportunity to pay this account before it is turned for collection.

You have **30 days** from the date of this letter to pay this account to **Platte River Family Dentistry**. If you do not pay this bill to Family Dentistry or make satisfactory arrangements with us, we will immediately mail the federal notice that triggers the time period for (1) **Credit Reporting** (2) Statutory **Interest** which will be back dated to the time of service and increase the amount due, and (3) **Legal Action** including fees and higher interest rates and additional damage to your credit report as we may pursue a legal judgment.

To avoid further action, contact:

## Platte River Family Dentistry
## 2017 Campbell Dr
## Torrington, WY 82240
## 307-532-4448

Your prompt attention to this matter is appreciated.

Rocky Mountain Recovery Systems, Inc.

EXHIBIT F                                                                                              Page 1 of 2





# ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.

Friday, February 10, 2023

K REDACTED
K REDACTED
 REDACTED
Torrington, WY 82240

Original Creditor: Family Dentistry
Account Number:
Balance Due: $233.25
Patient: K REDACTED

## PRE-COLLECTION NOTICE

To Whom It May Concern,

This letter is to notify you that the above balance has been forwarded to our collection agency. To protect you as a consumer and to ensure that your creditor is paid in a reasonable manner, we are giving you an opportunity to pay this account before it is turned for collection.

You have 30 days from the date of this letter to pay this account to **Family Dentistry**. If you do not pay this bill to Family Dentistry or make satisfactory arrangements with us, we will immediately mail the federal notice that triggers the time period for (1) **Credit Reporting** (2) **Statutory Interest** which will be back dated to the time of service and increase the amount due, and (3) **Legal Action** including fees and higher interest rates and additional damage to your credit report as we may pursue a legal judgment.

To avoid further action, contact:

**Family Dentistry**
**2017 Campbell Dr**
**Torrington, WY 82240**
**307-532-4448**

Your prompt attention to this matter is appreciated.

Rocky Mountain Recovery Systems, Inc.