
Case 2:25-cv-00017-ABJ     Document 15     Filed 02/26/25     Page 1 of 2

**ERIN E BERRY, #7-6063**
**JACOB L. VOGT, #8-6891**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
eberry@hirstapplegate.com
jvogt@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ANTHONY WEBSTER, individually, and on behalf of all others similarly situated, | } } } | |
| Plaintiff, | } } | |
| vs. | } } | Civil No. 25-CV-017J |
| ROCKY MOUNTAIN RECOVERY SYSTEMS, INC., | } } } | |
| Defendant. | } | |

## *ENTRY OF APPEARANCE*

Please enter my appearance as attorney for Defendant in the above-captioned matter.

Dated: 26 February 2025.

HIRST APPLEGATE, LLP

BY: s/Erin E. Berry
**ERIN E BERRY, #7-6063**
OF HIRST APPLEGATE, LLP
Attorneys for Plaintiff/Defendant
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
eberry@hirstapplegate.com

– 2 –

## CERTIFICATE OF SERVICE

        I certify the foregoing *Entry of Appearance* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 26 February 2025, and that copies were served as follows:

| | |
|---|---|
| Kellie Nelson Fetter, #7-4597<br>Scott M. Flaherty (*phv*)<br>Taft Stettinius & Hollister LLP<br>675 Fifteenth Street, Suite 2300<br>Denver, CO 80202<br>kfetter@taftlaw.com<br>sflaherty@taftlaw.com<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Tim Phillips (*phv*)<br>Law Office of Tim Phillips, PLLC<br>331 Second Avenue South, Suite 400<br>Tri Tech Center<br>Minneapolis, MN 55401<br>tim@timphillipslaw.com<br>*Attorney for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

                                                                                               s/Norma J. Hubka
                                                                                               OF HIRST APPLEGATE, LLP
                                                                                                Attorneys for Defendant