**ERIN E BERRY, #7-6063**
**JACOB L. VOGT, #8-6891**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
eberry@hirstapplegate.com
jvogt@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ANTHONY WEBSTER, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ROCKY MOUNTAIN RECOVERY SYSTEMS, INC., <br><br> Defendant. | Civil No. 25-CV-017J |

## *ENTRY OF APPEARANCE*

Please enter my appearance as attorney for Defendant in the above-captioned matter.

Dated: 26 February 2025.

HIRST APPLEGATE, LLP


BY: s/Jacob L. Vogt
**JACOB L. VOGT, #8-6891**
OF HIRST APPLEGATE, LLP
Attorneys for Plaintiff/Defendant
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
jvogt@hirstapplegate.com

– 2 –

## CERTIFICATE OF SERVICE

   I certify the foregoing ***Entry of Appearance*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 26 February 2025, and that copies were served as follows:

| | |
|---|---|
| Kellie Nelson Fetter, #7-4597<br>Scott M. Flaherty (*phv*)<br>Taft Stettinius & Hollister LLP<br>675 Fifteenth Street, Suite 2300<br>Denver, CO 80202<br>kfetter@taftlaw.com<br>sflaherty@taftlaw.com<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Tim Phillips (*phv*)<br>Law Office of Tim Phillips, PLLC<br>331 Second Avenue South, Suite 400<br>Tri Tech Center<br>Minneapolis, MN 55401<br>tim@timphillipslaw.com<br>*Attorney for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

            _s/Norma J. Hubka_
            OF HIRST APPLEGATE, LLP
            Attorneys for Defendant

LAW OFFICES
P.O. BOX 1083
CHEYENNE, WYOMING 82003-1083

– 2 –