**ERIN E BERRY, #7-6063**
**JACOB L. VOGT, #8-6891**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
eberry@hirstapplegate.com
jvogt@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ANTHONY WEBSTER, individually, and on behalf of all others similarly situated, | } | |
| Plaintiff, | } | |
| vs. | } | Civil No. 25-CV-017J |
| ROCKY MOUNTAIN RECOVERY SYSTEMS, INC., | } | |
| Defendant. | } | |

# *PARENT CORPORATION DISCLOSURE*

Defendant Rocky Mountain Recovery Systems Inc. hereby submits its Parent Corporation Disclosure.

Rocky Mountain Recovery Systems Inc. is a Wyoming corporation with its principal place of business in Wyoming. Rocky Mountain Recovery Systems Inc. does not have a parent corporation.

Dated: 12 March 2025.

ROCKY MOUNTAIN RECOVERY SYSTEMS INC., Defendant

BY: s/Jacob L. Vogt

**ERIN E BERRY, #7-6063**
**JACOB L. VOGT, #8-6891**
OF HIRST APPLEGATE, LLP
Attorneys for Plaintiff/Defendant
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
eberry@hirstapplegate.com
jvogt@hirstapplegate.com

***CERTIFICATE OF SERVICE***

I certify the foregoing ***Parent Corporation Disclosure*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 12 March 2025, and that copies were served as follows:

| | |
|---|---|
| Kellie Nelson Fetter, #7-4597<br>Scott M. Flaherty *(phv)*<br>Taft Stettinius & Hollister LLP<br>675 Fifteenth Street, Suite 2300<br>Denver, CO 80202<br>kfetter@taftlaw.com<br>sflaherty@taftlaw.com<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Tim Phillips *(phv)*<br>Law Office of Tim Phillips, PLLC<br>331 Second Avenue South, Suite 400<br>Tri Tech Center<br>Minneapolis, MN 55401<br>tim@timphillipslaw.com<br>*Attorney for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

s/Norma J. Hubka
OF HIRST APPLEGATE, LLP
Attorneys for Defendant