# EXHIBIT B

WYOMING RECOVERY

231 S Wilson
Casper, WY 82601
P: 307-265-3791
F: 307-265-4480

REDACTED

Birthdate [redacted]81
Allergies: No Known Allergies/NKA
Admission: 07/11/2022 Care Team
Location: Wyoming Recovery
(GMT-07:00) Mountain Time (US & Canada)

# INFORMED CONSENT AND AUTHORIZATION FOR TREATMENT

CS **Consent for Treatment**: I understand and agree that in presenting myself voluntarily for treatment, whether inpatient or outpatient, I may request a particular level of care although this may be refused based on professional determination, and that I may leave treatment at any time. I authorize and consent to such examinations, tests, medications, photo documentation, individual/group therapy, and other medical procedures at Wyoming Recovery, as Doctors and/or Wyoming Recovery staff may deem appropriate.

CS **Release of Information and Confidentiality**: Wyoming Recovery may disclose all or any reasonable part of the patient's record to include information pertaining to medical history, mental or physical condition, alcohol/chemical dependency and psychiatric diagnosis to any person or entity ***for the purpose of billing all or part of Wyoming Recovery charges*** to include, but not limited to, insurance companies, employer, pre-certification review, utilization review, evaluation, financial audit or for any other purpose reasonably related to these activities, including collection agencies if my account becomes delinquent. I understand that Wyoming Recovery may also release medical information about me to physicians or other medical care providers that may be involved in my continued care. I understand that my confidentiality is protected by Federal Law 42 CFR (Part 2) and 45 CFR (Part 160 & 164) HIPAA, and that this law also restricts my providing any identifying information regarding other patients.

CS **Financial Agreement**: By accepting the services provided to me as a client of Wyoming Recovery, I agree to be financially responsible for the charges billed by Wyoming Recovery for those services. The entire amount charged for treatment is due upon receipt of the bill for services. Wyoming Recovery representatives can explain all credit and financial care alternatives, which may be available through Wyoming Recovery for payment of outstanding charges. I hereby authorize payment directly to Wyoming Recovery of benefits otherwise payable to me, but not to exceed regular charges for this period of treatment. I understand that I am financially responsible for any and all charges not paid by insurance, subject to any contractual agreements with individual managed care organizations. If Wyoming Recovery is required to turn my account over to an attorney, collection agency for collection or file a small claims suit, I will be responsible for all reasonable attorney fees, and costs of collection. I promise to pay an additional collection fee of 35% of the unpaid balance due. I understand that Wyoming Recovery will bill my insurance as a courtesy to me and that if my provider reduces benefits, denies my claim or has not paid within 60 days of submission I will be financially responsible for all charges. I consent to the disclosure of all relevant records to a court of law if a small claims suit is filed or court proceedings by a collection agency are necessary.

CS **Valuables**: Wyoming Recovery assumes no liability for the loss or theft or personal belongings. All patients are discouraged from bringing valuable items into the treatment setting. Any damage found at Move-Out Inspection will be the financial responsibility of the resident.

CS **Consent to Search:** I hereby consent for Wyoming Recovery staff to search my personal belongings and/or person for the purpose of intercepting contraband. I understand that refusal to allow such a search may lead to immediate discharge from Wyoming Recovery. I understand that medications not currently prescribed will be held by WR and that medications left at Wyoming Recovery will be disposed of at the time of my discharge.

CS **Consent to be photographed:** I hereby consent to have my photograph taken by Wyoming Recovery staff for the purpose of identification. I understand that this photograph will be a part of my medical record

CS **Consent for Video/Audio Recording of Group Therapy Sessions:** I understand that Wyoming Recovery may utilize video/audio monitoring or recording for the purpose of improving quality of treatment. I understand that any recordings will be held in strictest confidence and erased upon completion of review by the treatment team.

CS **Consent to change rooms:** I hereby agree to move to another bedroom or building if asked to do so.

CS **Understanding that Family Therapy Will Occur at Wyoming Recovery:** I realize that I will need to contact my family and significant others to attend the family programming at WR. I realize that their participation, if possible, will help with the healing necessary for my recovery and for theirs. I will read the family guidelines in my admission packet and invite my family and significant others to Family Programming at WR. Family day is held on designated Friday's from 3:00pm until 7:00pm.

CS **Receipt and Understanding of Patient Treatment Manual.** The staff has reviewed the contents of the Patient Treatment Manual with me and I have received a copy of the manual as a treatment resource. I have had the opportunity to ask questions regarding the information contained in this manual and have had those questions answered to my satisfaction. I have also been oriented to all policies and procedures.

CS **Other Consents:** I realize that I will be informed of the nature of all proposed care treatment, services, medications, interventions, or other procedures that will be offered to me before they are performed. I will be given information on the likelihood of achieving the goals that my practitioner and I set. I will be given information on reasonable alternative treatment offered at WR. I will be informed of all relevant risks, benefits, and side effects related to alternatives, including the possible results of not receiving care, treatment, and services. I will be informed of any limitations on the confidentiality of information learned from or about the client and when indicated any potential problems related to my recovery or reunifications with family members.

CS **Consent for Future Contact:** I agree to be contacted by Wyoming Recovery staff after discharge for the purpose of determining treatment outcomes, or other purposes related to my treatment at Wyoming Recovery. I understand my confidentiality and anonymity will be observed and respected.

.093 **BAC at time of admission**

***The undersigned certifies that he / she has read, understands, and agrees to the above; that he / she is the patient or is authorized by the patient as the patient's general agent to execute the above and accept its terms.***

REDACTED

REDACTED (Client), 07/11/2022 01:03 PM
Staff present: Gwen Johnson, Receptionist

Tori Vivian, Case Manager (Staff), 07/12/2022 09:06 AM

**Patient Acknowledgement & Consent Treatment Coverage & Communication**

Please **initial and sign** to select your current method of coverage and to complete the acknowledgment and consent for Medical Treatment, Notice of Privacy Practices, and Payment Policy.

BH **Office Policy on payment & Self-Pay (Patient Visit)**

By signing below, I acknowledge that I have been informed of my responsibility to pay for the professional services or supplies provided to me today by Powell Health Care Coalition, dba Heritage Health Center. It is our policy to collect all co-payments to be made at the time of service.

I, the undersigned client/guardian/guarantor, agree to pay for all services rendered and/or goods sold to me or anyone for whom I am responsible, immediately upon demand. I agree that in the event this agreement is assigned to a third part for collection, I promise to pay an additional collection fee of 35% of the unpaid balance due. I also agree to pay all reasonable attorney fees and court costs.

BH **Health Insured Patient Visits**

I request that payment of authorized Insurance benefits, including Medicare, be made on my behalf for any professional services or supplies provided to me by Powell Health Care Coalition, dba Heritage Health Center.

I acknowledge that I have provided my insurance information today and authorize the release of any medical or other information necessary to determine these benefits or the benefits payable for related professional services or supplies by Heritage Health Center to Health Care Financing Administration, my insurance company or other entity upon request to secure payment of my benefits. I understand that I am financially responsible to Heritage Health Center for any charges not covered by health care benefits. It is my responsibility to notify Heritage Health Center of any changes in my health care coverage. In some case exact insurance benefits cannot be determined until the insurance company receives the claim. I understand that I am responsible for the entire bill including any unpaid balance of the professional services or supplies as determined by Heritage Health Center and/or my health care insurer should the submitted claim or any part of the claim be denied for payment or apply to my co-pay, deductible, or coverage limitations.

I, the undersigned client/guardian/guarantor, agree to pay for all services rendered and/or goods sold to me or anyone for whom I am responsible, immediately upon demand. I agree that in the event this agreement is assigned to a third part for collection, I promise to pay an additional collection fee of 35% of the unpaid balance due. I also agree to pay all reasonable attorney fees and court costs.

BH **Consent to Treatment**

I give consent for medical and behavioral health treatment by the clinical staff of Heritage Health Center. Medical treatment may include questions regarding my past health, current illnesses, medications, and daily habits. It may also include a physical examination and any necessary procedures and tests as determined by my provider. I may cancel this consent for treatment at any time by notifying the clinical staff of the Heritage Health Center in person or in writing. I agree to release my financial information as provided to Heritage Health Center, and to its contracted health providers, as needed to comply with payment review and continued care requirements.

BH **Consent to Telehealth**

I agree to receive medical and behavioral health treatment as a telehealth service if my provider deems it necessary. I understand that the same confidentiality protections that apply to my other care also apply to a telehealth service. A telehealth service means that my visit with a practitioner at the distant site will happen by using special audiovisual equipment that complies with the Health Insurance Portability and Accountability Act (HIPAA). This consent is valid for twelve months for follow-up telehealth services with the health care provider. I understand that I can decline the telehealth service at any time without affecting my right to future care or treatment, and any program benefits to which I would otherwise be entitled cannot be taken away.

BH **Notice of Privacy Practices**

By signing this document, I acknowledge review of Heritage Health Notice of Privacy Practices, with a copy available upon request, as required by the Health Insurance Portability and Accountability Act (HIPPA) to ensure that I have been made aware of my privacy rights.

BH I understand and accept Heritage Health Center's Patient/Provider Agreement, with a copy available upon request.

| | |
|---|---|
| Patient Name (Print) REDACTED | Signature (Patient/Personal Representative) REDACTED |
| Date 05/25/2022 | Relationship to Patient Self |

Staff Signature: [signature] Date: 5.25.22

REDACTED

EXHIBIT B

REDACTED

[redacted]

**Lander Woman's Care**
**535 E. Main St. Suite A**
**Lander WY 82520**

**PATIENT INFORMATION**

REDACTED

[redacted]

**PARENT INFO OF MINOR CHILD**

Father____________________ Social Security #________________

Phone________________ Employer____________________

Mother____________________ Social Security #________________

Phone________________ Employer____________________

Preferred Pharmacy/Location____________________

**CONSENT TO ASSIGNMENT OF BENEFITS AND PROMISE TO PAY**

**Benefits to Physicians:**

I hereby assign all of my rights to insurance benefits and instruct my insurance company to make payments directly to Lander Women's care and/or its physicians for the benefits provided.

**Promise to Pay:**

I understand and agree that I am responsible to pay for all services provided to me by Lander Women's Care and its staff. If I fail to pay for the services when they are rendered or on a signed agreed payment schedule, I will be responsible for all costs of collection, including but not limited to a collection fee of thirty five percent (35%) of the unpaid balance assigned for collection.

Lander Women's Care is committed to providing the best treatment possible for our patients at rates that are usual and customary for our area. You are responsible for payment in full regardless of the interpretation of what is "usual and customary" by a given insurance company.

X [signature] 4/09/24

Patient or Guardian Signature: Date 04/09/2024

## AUTHORIZATION, RELEASE, AND AGREEMENT TO PAY FOR SERVICES RENDERED

I authorize Oil City Dental to release any information, including the diagnosis and records of the treatment or examination rendered to me during the period of such dental care to third party payers and/or other healthcare providers.

I authorize and hereby request my insurance company to pay directly to the dentist (Oil City Dental, LLC) insurance benefits otherwise payable to me.

I understand that my medical and/or dental insurance carrier may pay less than the actual bill for services. I agree to be responsible for payment of all services rendered on my behalf or on behalf of my dependents.

**Signature of Insured** REDACTED ______ **Date** 7-3-19

## OIL CITY DENTAL, LLC FINANCIAL OFFICE POLICY

1. Payment is due at time of treatment
2. We accept, Cash, Check, Visa, MasterCard and Discover
3. We offer outside financing through CareCredit
4. Accounts not paid in full by the end of the month will be assessed a billing fee of 1.75% per month (21% annual)
5. If you have insurance, we will file your claims as a courtesy. However, any balance not paid by your insurance is your responsibility.
6. There will be a charge assessed of $25 for appointments canceled without 24 hours notice.

**Signature of Financial Responsible Party** REDACTED ______ **Date** 7/3/2019

I the undersigned client/guardian, agree to pay for all services rendered and/or goods sold to me, or my ward immediately upon demand. I further agree that in the event of non-payment of any amounts due under this agreement I will pay interest thereon at the rate of 1.75% (21% annual) and pay all reasonable attorney fees and court cost that may be incurred. I agree that in the event this agreement is assigned to agency for collection, I promise to pay an additional collection fee of 35% of the unpaid balance due.

**Signature of Financial Responsible Party** REDACTED ______ **Date** 7/3/2019

**All Creatures Veterinary Hospital**
**4590 E. Yellowstone Hwy**
**Evansville, WY 82636**
**307-235-2884**

## Information About You

Owner's Name (First) [redacted] (Last) [redacted]
Spouse's Name (First) ________ (Last) ________
Mailing Address: [redacted] City: Casper State WY Zip 82601
Physical Address: (If different than above) ________ Zip ________
Home Phone [redacted] Cell Phone [redacted] Work Phone [redacted]
Social Security # [redacted] Driver's License # ________
Employer N/A Spouse's Employer ________
How did you hear about us? Facebook

## Information About Your Pets

Name [redacted] D.O.B. [redacted] Male ___ Female ✓ Altered ___ Unaltered ✓
Species (Dog/Cat/Other) Dog Breed [redacted] Color [redacted]

Name ________ D.O.B. ________ Male ___ Female ___ Altered ___ Unaltered ___
Species (Dog/Cat/Other) ________ Breed ________ Color ________

Name ________ D.O.B. ________ Male ___ Female ___ Altered ___ Unaltered ___
Species (Dog/Cat/Other) ________ Breed ________ Color ________

Where did your animal(s) last receive any vaccinations? [redacted]

## Payment Terms

Method of payment you will most commonly use each visit:

CASH ✓ CHECK ___ DEBIT/CREDIT ___ CARE CREDIT ___

I, [redacted], the undersigned owner/agent of the above animal(s), agree to pay for all services or goods rendered immediately upon demand by All Creatures Veterinary Hospital unless payment arrangements have been approved by the veterinarian prior to care. I understand that there will be a monthly service charge of $6.00 for any balance due 30 days or more. I further agree that in the event of non-payment, I will pay an additional fee of up to 35% of my unpaid balance as well as all attorney fees, collections agency fees, and court costs that may be incurred.

Signature: [redacted] Date: 3/21/2016

It is our desire to provide high-quality, comprehensive, dental care for you in a timely manner. We guarantee that we will provide you with all of the information for you to make an educated decision about your oral care. If you choose to pursue treatment with us, you should expect us to make recommendations specific to your oral health situation and with your best interest in mind. Likewise, if you choose Wind City Dental, we expect you to comply with our treatment recommendations and policies. If either party fails to meet the expectations of the other, it may become necessary to dissolve the relationship.

**Appointment Policy**

Your appointment time has been reserved especially for you and your treatment needs. For this reason, we depend on you to show up for scheduled appointments or cancel 24 hours in advance (not weekends) so that we have time to fill your appointment slot with another patient. We make every effort to remind patients by telephone or email prior to their appointment, but please do not depend on this courtesy.

**If we are unable to contact you directly, your appointment card and/or phone call will serve as confirmation of your appointment and implies your obligation to be present at that prearranged date and time.**

We understand that life is not predictable. However, if we find that you are consistently failing to give adequate notice before canceling and/or fail to show up for multiple appointments, we reserve the right to terminate our relationship with you. To avoid being terminated as a patient you may elect to pay our failed appointment fee of $100.

**Dental Insurance**

We do not cater treatment plans to insurance coverage, simply to the individual. We are happy to submit all insurance for our patients; however, we are not assigned providers for every insurance. That means that patients with non-assignment insurance will usually receive the reimbursement check* from the insurance company directly. The check will not come to Wind City Dental. As a result, the patient will be responsible for payment of all services rendered*. In order to ensure that all payments are received, patients will have two options:

1. Payment in full at time of service. We will then submit your charges to your insurance company and you will receive reimbursement directly from the insurance company.

OR

2. We will estimate the portion that your insurance company expects you to cover based on your eligibility table. You will be expected to pay that amount, plus any deductible if applicable, on the day of service. We will then submit your charges to your insurance company and the remaining balance will be due.

*In the event that an insurance reimbursement check is sent to our office, we will apply any necessary payments to your account and then release any remaining funds to you.

*Please keep in mind that dental benefit plans do not cover all services. In the event that a dental procedure is not covered by your insurance, you will be responsible for any charges associated with the service.

**Lab Fees**

Any cases that require processing and/or fabrication at a dental laboratory will require a down payment prior to processing. Crowns and bridges will require 50% down and 50% upon delivery. Removable prostheses (i.e. dentures) will require 3 equal payments prior to delivery. To satisfy the down payment requirement, patients with insurance will be expected to pay their estimated portion when treatment is initiated.

**Financial Policy**

In order for Wind City Dental to provide excellent staff, state-of-the-art equipment, and modern materials for your care, **payment is due at the time of service.** We gladly accept cash, checks, credit cards and Care Credit. We also offer treatment financing through Simple Pay with a small finance charge. Patients with overdue balances will not be scheduled for additional appointments until their balances have been cleared.

**Financial Agreement**

I, the undersigned patient/guardian/guarantor agree to pay for all services rendered and/or goods sold to me or my ward at the time of service. I further agree that in the event of non-payment to any amounts due, and in the event this agreement is assigned to a collections agency for collection, I promise to pay an additional fee of 45% of the unpaid balance due and I will pay all reasonable attorney fees and court costs that may be incurred.

Signature REDACTED Date 12/20/17

**WYOMING SURGICAL ASSOCIATES, P.C.**
**James A. Anderson, MD Todd H. Beckstead, MD**
**Brock A. Anderson, MD Darren D. Bowe, MD**
**Kevin D. Helling, MD Aimee Gough, MD Clayton E Turner, MD**

## PATIENT INFORMATION

Date: 2-12-20 Referring Dr or Primary Care Dr if not referred: ______

Patient Legal Name: [redacted] Age: 39 Birth date: /81

Mailing Address: ______

City, State, Zip Code: Casper, WY 82601

Home Phone: ______ Cell Phone: [redacted] Social Security #: [redacted]

Email address: ______

Marital Status: Single X Married [redacted] Divorced ___ Widowed ___ Male ___ Female ___

Employer: Employer Phone Number: ______

**If retired, please put retired/date of retirement. If student, please put name of school/part or full time**

## SPOUSE INFORMATION

Spouse Name: ______ Age: ___ Birth date: ______

Social Security Number: ______ Employer: ______
**(If retired, please put retired/date of retirement)**

Employer Phone Number: ______ Cell Phone: ______

## RESPONSIBLE PARTY (IF OTHER THAN PATIENT PLEASE FILL IN BELOW)

Name & Relationship: ______ Social Security Number: ______

Mailing Address: ______ Birth Date: ______

City, State, Zip: ______

Employer: ______ Phone Number: ______

## EMERGENCY INFORMATION

Name of friend or relative: [redacted] Relationship: Fiance

Phone Number: [redacted] Address: [redacted]

City, State, Zip: Casper, WY 82601

**Please note that we now require a copy of your Medicare, Medicaid and or Insurance Card to verify the mailing address, phone number and the spelling of your name as shown on each individual card. We can not file insurance claims for you without the birthdate and social security number of the policy holder.**

**We are also requiring a copy of your driver's license or other picture id that includes your signature. This is to be able to verify your identity in the event of requests for release of Private Health Care information.**

**We appreciate your help and understanding of these requests.**

## PRIMARY INSURANCE INFORMATION

Primary Insurance Carrier: ____________________

Insurance Policy Number: ____________________

Insurance Group Number ____________________

Insurance Company Address: ____________________

Insurance Company Phone Number (member services): ____________________

Name of Insurance **Policy Holder:** ____________________

Relationship of **Policy Holder** to you: ____________________

**Policy Holder's** Birth date: __________ **Policy Holder's** Social Security Number: __________

## SUPPLEMENTAL INSURANCE INFORMATION

Supplemental Insurance Carrier: ____________________

Supplemental Insurance Policy Number: ____________________

Supplemental Insurance Group Number: ____________________

Supplemental Insurance Company Address: ____________________

____________________

Name of Supplemental Insurance **Policy Holder**: ____________________

Relationship of Supplemental **Policy Holder** to you: ____________________

Supplemental **Policy Holder's** Birth date: __________ Supplemental **Policy Holder's** Social Security Number: __________

## AUTHORIZATION AND FINANCIAL UNDERSTANDING

- By accepting the medical services provided to me by James A. Anderson, MD, Brock A Anderson, MD Todd H. Beckstead, MD, Darren D. Bowe, MD, Kevin D. Helling, MD, Aimee Gough MD, and/or Clayton E Turner, MD or any other employee of the corporation, I agree to be financially responsible for the charges billed by Wyoming Surgical Associates, P.C. for those services.
- If there is medical insurance which will cover all or a portion of the charges I incur by James A. Anderson, MD, Brock A Anderson, MD, Todd H. Beckstead, MD, Darren D. Bowe, MD, Kevin D. Helling, MD, Aimee Gough, MD and/or Clayton E Turner, MD or any other employee of the corporation for my treatment, I hereby assign those insurance benefits to Wyoming Surgical Associates, P.C., and authorize the insurance benefits to be paid directly to Wyoming Surgical Associates, PC. This assignment will remain in effect until revoked by me in writing.
- I understand and agree that if my insurance benefits do not cover all of the charges for my treatment, including what my insurance company classifies as over reasonable and customary charges, that I am responsible to pay any outstanding balances. I further agree that in the event of non-payment to Wyoming Surgical Associates, PC of any amounts due under this agreement I will pay interest thereon at the rate of 1.75% per month and pay all of Wyoming Surgical Associates, PC reasonable legal fees, attorney fees and court costs that may be incurred. I agree that in the event this agreement is assigned to a collection agency for collection I promise to pay a collection fee of 35% of the unpaid balance due which is in addition to the unpaid balance due under this agreement.
- I understand that it may be necessary for Wyoming Surgical Associates, P.C. to disclose medical information about my treatment to my insurance companies, employer, or third-party payers in order to process a claim on my behalf.
- A photocopy of this assignment and financial agreement is to be considered as valid as the original.
- **I understand that it is my responsibility to contact my insurance company for pre-authorization on procedures.**

I hereby give my permission for any employee of Wyoming Surgical Associates, PC as well as any physician's office or facility to which I may be referred to contact me at:

1. ~~My work phone~~
2. ~~My work phone and leave a message to call back~~
3. My home phone and leave a message to call back
4. My home phone and leave a detailed message on either an answering machine or with whoever answers the phone.
5. Any other verbal or written contact I have provided to your office for both call back and detailed messages.

Please cross out any of the above that you do not want us to do.

**Signature of Patient/Guardian:** REDACTED [redacted] Date: 2-12-22

Name: __________ Date: __________

# LARAMIE VISION CLINIC

## OFFICE POLICIES

### FINANCIAL POLICY

I, the undersigned patient/guardian, agree to pay for all services rendered and/or goods sold to me or my ward immediately upon demand by Laramie Vision Clinic. I further agree that in the event of non-payment to the clinic of any amounts due under this agreement, I will pay interest and late fees thereon at the rate of 1.75% per month, and all of the clinic's legal fees and court costs that may be incurred. I agree, after 90 days of non-payment, this agreement will be assigned to Rocky Mountain Recovery Systems for collection. I acknowledge there will be a fee of 35% of the unpaid balance in addition to the current balance due under this agreement.

### INSURANCE POLICY

As a courtesy to you, our clinic will submit claims to your insurance company. However, we cannot accept liability for collection you receive because the policy is a contract between you and your insurance company.

I agree to furnish the appropriate insurance information to the Laramie Vision Clinic, P.C. so that they may submit charges to my insurance company. If I do not have this information, I understand that I am responsible for the charges in full on the date of service.

I hereby authorize benefits, which I am entitled, to be paid to the Laramie Vision Clinic, P.C. This assignment will remain in effect until revoked by me in writing. I understand that I am financially responsible for all charges not paid by my insurance. Any portion of the claim not covered within 30 days will be my responsibility. I understand that after 30 days, the Laramie Vision Clinic, P.C. will continue to help collect my benefits from my insurance company.

**ALL CO-PAYMENTS AND OVERAGES ARE DUE AT THE TIME OF SERVICE**

I have read and understand the above insurance policy. I also hereby authorize Laramie Vision Clinic, P.C. to release my information acquired in the course of my care for insurance purposes.

REDACTED

SIGNATUR [redacted] ATE 08/4/22

[redacted]
Casper, WY 82601

# Patient Report

Phreesia
The Patient Check-In Company

| Gender | DOB | Age | Chief Complaint |
|---|---|---|---|
| Male | [redacted] 76 | 45 | |

| Type | Insured | Date of Visit | Physician | Page |
|---|---|---|---|---|
| Patient Record | Yes | 06/19/2022 | | 3 of 3 |

## Office Policy

AUTHORIZATION AND FINANCIAL UNDERSTANDING

By accepting the medical services provided to me by James A. Anderson, MD, Brock A Anderson, MD, Todd H. Beckstead, MD, Darren D. Bowe, MD, Keven D. Helling, MD, Clayton E Turner, MD and/or Aimee Gough MD or any other employee of the corporation, I agree to be financially responsible for the charges billed by Wyoming Surgical Associates, P.C. for those services.

If there is medical insurance which will cover all or a portion of the charges I incur by James A. Anderson, MD, Brock A Anderson, MD, Todd H. Beckstead, MD, Darren D. Bowe, MD, Keven D. Helling, Clayton E Turner, MD and/or Aimee Gough MD or any other employee of the corporation for my treatment, I hereby assign those insurance benefits to Wyoming Surgical Associates, P.C., and authorize the insurance benefits to be paid directly to Wyoming Surgical Associates, PC. This assignment will remain in effect until revoked by me in writing.

I understand and agree that if my insurance benefits do not cover all of the charges for my treatment, including what my insurance company classifies as over reasonable and customary charges, that I am responsible to pay any outstanding balances. I further agree that in the event of non-payment to Wyoming Surgical Associates, PC of any amounts due under this agreement I will pay interest thereon at the rate of 1.75% per month and pay all of Wyoming Surgical Associates, PC reasonable legal fees, attorney fees and court costs that may be incurred. I agree that in the event this agreement is assigned to a collection agency for collection I promise to pay a collection fee of 35% of the unpaid balance due which is in addition to the unpaid balance due under this agreement.

I understand that it may be necessary for Wyoming Surgical Associates, P.C. to disclose medical information about my treatment to my insurance companies, employer, or third-party payers in order to process a claim on my behalf.

A photocopy of this assignment and financial agreement is to be considered as valid as the original.

**I understand that it is my responsibility to contact my insurance company for pre-authorization on procedures.**

☒ I Accept ☐ I Decline [redacted]
06/19/2022

Wyoming Surgical Associates 419 S. Washington Suite 200, Casper, WY 82601, (307) 577-4220

James Anderson, MD reviewed the above information with the patient ____________ Date __10/17/2022__

REDACTED

## Financial Responsibility

REDACTED Female REDACTED

**06/20/2022**

REDACTED REDACTED

REDACTED 94 Female REDACTED

REDACTED

MILLS REDACTED WY 82644

## Financial Responsibility

Financial Responsibility and Payment

*I AGREE TO PAY FOR ALL SERVICES AND PRODUCTS RENDERED TO ME IMMEDIATELY UPON DEMAND. I FURTHER AGREE THAT IN THE EVENT OF NON-PAYMENT OF ANY AMOUNTS DUE UNDER THIS AGREEMENT, I WILL PAY INTEREST THEREON AT THE RATE OF 1.75% PER MONTH AND PAY ALL REASONABLE ATTORNEY FEES AND COURT COSTS. I ALSO AGREE THAT IN THE EVENT THIS AGREEMENT IS ASSIGNED TO AN AGENCY FOR COLLECTION, I PROMISE TO PAY AN ADDITIONAL COLLECTION FEE OF 35% OF THE UNPAID BALANCE DUE*

*I understand that Central Wyoming Skin Clinic is a provider for the following insurance companies and that I am responsible for what my insurance does not pay*

*The following are insurance companies in network: Medicare, Railroad Medicare, Medicaid, Blue Cross Blue Shield, Cigna, Tricare, Department of Veterans Affairs/ Triwest.*

*I understand should my insurance be out of network Central Wyoming Skin Clinic will courtesy submit my claims to my insurance and I will be responsible for any amount not covered.*

REDACTED

Patient / Agent / Guardian Signature 06/20/2022

REDACTED

Casper South Entrance
2546 E 2nd St Ste 400
Casper WY 82609 2062

Where Aesthetics Meet Function

Lander Dental Group, P.C.

CHRIS R. PETERSON, D.D.S.

ERIC M. SHERIDAN, D.D.S.

799 SOUTH SECOND STREET
LANDER, WYOMING 82520

PHONE 332-7710

***We reserve the right to charge a cancellation fee.**

With **approval** of in office financing, a financial arrangement **MUST** be signed. You will be turned over to a collection agency if your account is **90 days** past due. If we have a check returned for non-sufficient funds there will be a **$25.00** return check charge. I, the undersigned client/guardian, agree to pay for all services rendered and/ or goods sold to me or my ward immediately upon demand. I further agree that in the event of non-payment of any amounts due under this agreement I will pay interest thereon at the rate of 1.5% per month. I agree that in the event this agreement is assigned to an agency for collection, I promise to pay an additional collection fee of 35% of the unpaid balance. I agree to pay all reasonable attorney fees and court costs that may be incurred.

***If you have Dental Insurance:** We will gladly file your insurance claims for you at no charge. It is necessary that you, the patient/policy holder be fully aware of your own insurance policy and how it works. The design of your dental plan may limit what they pay.

I, REDACTED have read Lander Dental Group's Financial Policy.

Signature: REDACTED Date: 3-2-21

***ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES:** The blue form attached to your clipboard is a copy of our Notice of Privacy Practices. A copy of this form will be provided if requested. You may refuse to sign the acknowledgement.

I, REDACTED, have read a copy of this office's Notice of Privacy Practices.

Signature: REDACTED Date: 3-2-21

Laramie Peak Veterinary Associates

P.O. BOX 429
WHEATLAND, WY 82201

**********************************************************************

Thank you for choosing Laramie Peak Veterinary Associates.
We would appreciate some information on you and your pets.

Your Name REDACTED
Address REDACTED
City Wheatland State Wy Zip Code 82201
Cell # REDACTED County of Residence Platte
Your Employer REDACTED Social Security # REDACTED
Your Occupation REDACTED Employer Phone REDACTED
Your Spouse's Name REDACTED Spouse Cell # 307 REDACTED
Spouse's Employer__________
Spouse's Occupation__________ Employer Phone__________
Referred by REDACTED
E mail REDACTED
Cell # preference for text messages 307 REDACTED

**Our goal is to deliver the finest most cost effective health care treatment available. Following diagnosis the doctor will advise you of our plan for treatment. Additionally, we will discuss with you the cost of today's and future treatments. Please feel free to ask any questions you may have.**

**I, the undersigned, agree to pay for all services rendered and/or goods sold to me by Laramie Peak Veterinary Associates, immediately upon demand. I further agree that in the event of non-payment to any amounts due under this agreement I will pay interest thereon at the rate of 1.8% per month and pay all reasonable attorney fees and court costs that may be incurred. I agree that in the event this agreement is assigned to an agency for collection I promise to pay an additional collection fee of 35% of the unpaid balance due.**

REDACTED
Signature of Responsible Party

7/10/2024
Date