# EXHIBIT E

FILED
MAR 05 2024
CIRCUIT COURT OF SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY
By: L Kittinger
CLERK

**IN THE WYOMING CIRCUIT COURT**
**SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY**
115 N CENTER ST, SUITE 400, CASPER, WY 82601

| | |
|---|---|
| ROCKY MOUNTAIN RECOVERY SYSTEMS, INC., A Wyoming Corporation, *Plaintiff,* <br> -vs- <br> R[redacted] *Defendant,* <br> F[redacted] *Co-Defendant.* | Civil Action No: CV-2023-3493 <br><br> **DEFAULT JUDGMENT AGAINST R[redacted] and F[redacted]** |

**THIS MATTER** having come before the Court upon Plaintiff's application for Default Judgment and the Court having reviewed the file and being otherwise fully advised on the premise, finds:

1. Plaintiff's complaint was for a sum certain or a sum that can be made certain by computation.
2. A default has been entered in this matter against R[redacted] and F[redacted]
3. The Defendant(s), R[redacted] and F[redacted], are jointly and severely liable for the following claim(s):

| ORIGINAL CREDITOR | PRINCIPAL | INTEREST | COLLECTION FEE | INTEREST RATE | BREACH DATE | PAYMENTS RECEIVED |
|---|---|---|---|---|---|---|
| BROOK TROUT DENTAL, PC. | $1240.00 | $283.98 | ~~$434.00~~ | 24% | 05-08-23 | $0.00 |

$0 Found unconscionable under §40-14-508 Plaintiff may request hearing

4. FEES: The following fees and costs incurred are awardable to the plaintiff:

| FEE | AMOUNT | TOTAL FEES |
|---|---|---|
| Court Filing Fee | $ 70.00 | $440.00 |
| Service of Process Fee | $ 70.00 | |
| Attorney Fee | $ 300.00 | |

**NOW THEREFORE, IT IS HEREBY ORDERED, AJUDGED, AND DECREED** that Judgment is entered jointly and severally against R[redacted] and F[redacted] for CLAIM and FEES in the amount of ~~$2397.98~~ $1965.98 bearing interest at the rate of 24.00% per year plus future court and attorneys' fees as accrued by Plaintiff and allowed by law.

**DATED** this _____ day of MAR 05 2024, 20___. BY THE CIRCUIT COURT,

Judge/Magistrate

Copies to:

☑ *Plaintiff* (Wilkerson & Wilkerson, P.O. Box 688, Powell, Wyoming 82435)
☑ *Defendant* (R[redacted] Lusk, Wy 82225)
☑ Co-*Defendant* (F[redacted] Lusk Wy 82225)

mailed SK
MAR 05 2024

Plaintiff's File No.: 281420

FILED
MAR 05 2024
CIRCUIT COURT OF SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY
By: L Kittinger
CLERK

**IN THE WYOMING CIRCUIT COURT**
**SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY**
115 N CENTER ST, SUITE 400, CASPER, WY 82601

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.,
A Wyoming Corporation,

*Plaintiff,*

-vs-

H REDACTED

*Defendant.*

Civil Action No: CV-2023-3391

**DEFAULT JUDGMENT AGAINST H REDACTED**

**THIS MATTER** having come before the Court upon Plaintiff's application for Default Judgment and the Court having reviewed the file and being otherwise fully advised on the premise, finds:

1. Plaintiff's complaint was for a sum certain or a sum that can be made certain by computation.
2. A default has been entered in this matter against **H** REDACTED
3. The Defendant(s), H REDACTED is liable for the following claim(s):

| ORIGINAL CREDITOR | PRINCIPAL | INTEREST | COLLECTION FEE | INTEREST RATE | BREACH DATE | PAYMENTS RECEIVED |
|---|---|---|---|---|---|---|
| CASPER MEDICAL IMAGING, PC | $130.49 | $13.25 | $0.00 | 7% | 08-21-22 | $50.00 |
| CENTRAL WYOMING SKIN CLINIC | $356.00 | $79.63 | ~~$124.60~~ | 21% | 07-22-22 | $0.00 |

To Fcnd unconscionable under §40-14-508 Plaintiff may ask for hearing [handwritten]

4. FEES: The following fees and costs incurred are awardable to the plaintiff:

| FEE | AMOUNT | TOTAL FEES |
|---|---|---|
| Court Filing Fee | $ 70.00 | $420.00 |
| Service of Process Fee | $ 50.00 | |
| Attorney Fee | $ 300.00 | |

**NOW THEREFORE, IT IS HEREBY ORDERED, AJUDGED, AND DECREED** that Judgment is entered against **H** REDACTED for CLAIM and FEES in the amount of ~~$1073.97~~ $949.37 bearing interest at the rate of 10% per year plus future court and attorneys' fees as accrued by Plaintiff and allowed by law.

**DATED** this ____ day of MAR 05 2024, 20___. BY THE CIRCUIT COURT

[signature]
Judge/Magistrate

Copies to:
☑ *Plaintiff* (Wilkerson & Wilkerson, P.O. Box 688, Powell, Wyoming 82435)
☑ *Defendant* (H REDACTED Casper, Wy 82609) mailed

[Seal: Circuit Court of the Seventh Judicial District, State of Wyoming]

MAR 06 2024

Plaintiff's File No.: 275624

FILED
MAR 05 2024
CIRCUIT COURT OF SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY
By: L Kittinger
CLERK

**IN THE WYOMING CIRCUIT COURT**
**SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY**
115 N CENTER ST, SUITE 400, CASPER, WY 82601

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.,
A Wyoming Corporation,

*Plaintiff,*

-vs-

R[redacted]

*Defendant,*

E[redacted]

*Co-Defendant.*

Civil Action No: CV-2023-3422

**DEFAULT JUDGMENT AGAINST R[redacted] and E[redacted]**

**THIS MATTER** having come before the Court upon Plaintiff's application for Default Judgment and the Court having reviewed the file and being otherwise fully advised on the premise, finds:

1. Plaintiff's complaint was for a sum certain or a sum that can be made certain by computation.
2. A default has been entered in this matter against **R**[redacted] and **E**[redacted]
3. The Defendant(s), R[redacted] and E[redacted] are jointly and severely liable for the following claim(s):

| ORIGINAL CREDITOR | PRINCIPAL | INTEREST | COLLECTION FEE | INTEREST RATE | BREACH DATE | PAYMENTS RECEIVED |
|---|---|---|---|---|---|---|
| JESSICA L CASSITY, DDS | $384.65 | $77.59 | ~~$141.55~~ | 21% | 10-26-21 | $0.00 |

No fee Found Unconscionable under § 40-14-508
Plaintiff may ask for hearing
GS

4. FEES: The following fees and costs incurred are awardable to the plaintiff:

| FEE | AMOUNT | TOTAL FEES |
|---|---|---|
| Court Filing Fee | $ 70.00 | $445.00 |
| Service of Process Fee | $ 75.00 | |
| Attorney Fee | $ 300.00 | |

**NOW THEREFORE, IT IS HEREBY ORDERED, AJUDGED, AND DECREED** that Judgment is entered jointly and severally against **R**[redacted] and **E**[redacted] for CLAIM and FEES in the amount of ~~$1048.79~~ $907.74 bearing interest at the rate of 21.00% per year plus future court and attorneys' fees as accrued by Plaintiff and allowed by law.

**DATED** this _____ day of MAR 05 2024, 20___. BY THE CIRCUIT COURT

Judge/Magistrate

Copies to:

☑ *Plaintiff* (Wilkerson & Wilkerson, P.O. Box 688, Powell, Wyoming 82435)
☑ *Defendant* (R[redacted] Casper, Wy 82601-1053)
☑ Co-*Defendant* (E[redacted] Casper Wy 82601-1053)

mailed MAR 06 2024

FILED
MAR 18 2024
CIRCUIT COURT OF SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY
By: L Kittinger
CLERK

**IN THE WYOMING CIRCUIT COURT**
**SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY**
115 N CENTER ST, SUITE 400, CASPER, WY 82601

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.,
A Wyoming Corporation,
*Plaintiff,*

-vs-

L[redacted]
*Defendant,*
J[redacted]
*Co-Defendant.*

Civil Action No: CV-2023-3290

**DEFAULT JUDGMENT AGAINST L[redacted] and J[redacted]**

**THIS MATTER** having come before the Court upon Plaintiff's application for Default Judgment and the Court having reviewed the file and being otherwise fully advised on the premise, finds:

1. Plaintiff's complaint was for a sum certain or a sum that can be made certain by computation.
2. A default has been entered in this matter against L[redacted] and J[redacted]
3. The Defendant(s), L[redacted] and J[redacted] are jointly and severely liable for the following claim(s):

| ORIGINAL CREDITOR | PRINCIPAL | INTEREST | COLLECTION FEE | INTEREST RATE | BREACH DATE | PAYMENTS RECEIVED |
|---|---|---|---|---|---|---|
| WYOMING SURGICAL ASSOCIATES | $6197.00 | $1483.20 | $0.00 | 7% | 02-27-20 | $0.00 |
| CASPER MEDICAL IMAGING, PC | $45.62 | $12.76 | $0.00 | 7% | 03-09-20 | $0.00 |
| CASPER MEDICAL IMAGING, PC | $173.99 | $49.05 | $0.00 | 7% | 02-27-20 | $0.00 |
| WYOMING SURGICAL ASSOCIATES | $3220.00 | $2578.55 | ~~$1127.00~~ | 21% | 10-23-20 | $0.00 |

4. FEES: The following fees and costs incurred are awardable to the plaintiff:

| FEE | AMOUNT | TOTAL FEES |
|---|---|---|
| Court Filing Fee | $ 70.00 | $445.00 |
| Service of Process Fee | $ 75.00 | |
| Attorney Fee | $ 300.00 | |

**NOW THEREFORE, IT IS HEREBY ORDERED, AJUDGED, AND DECREED** that Judgment is entered jointly and severally against L[redacted] and J[redacted] for CLAIM and FEES in the amount of ~~$15332.17~~ $14,205.17 bearing interest at the rate of 10% per year plus future court and attorneys' fees as accrued by Plaintiff and allowed by law.

**DATED** this 18th day of March, 2024. BY THE CIRCUIT COURT

Judge/Magistrate

CIRCUIT COURT OF THE 7TH JUDICIAL DISTRICT NATRONA COUNTY STATE OF WYOMING

Copies to:
☑ *Plaintiff* (Wilkerson & Wilkerson, P.O. Box 688, Powell, Wyoming 82435)
☑ *Defendant* (L[redacted] Mills, Wy 82644)
☑ *Co-Defendant* (J[redacted] Mills Wy 82644)

mailed MAR 18 2024

Plaintiff's File No.: 241630

collection fee unconscionable. Plaintiff can request a hearing pursuant to W.S. 40-14-508(b)

**EXHIBIT E**

FILED
MAR 22 2024
CIRCUIT COURT OF SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY
By L Kittinger
CLERK

STATE OF WYOMING COUNTY OF NATRONA

| | |
|---|---|
| ROCKY MOUNTAIN RECOVERY SYSTEMS, INC., A Wyoming Corporation, *Plaintiff,* -vs- C[redacted] *Defendant,* | IN THE CIRCUIT COURT SEVENTH JUDICIAL DISTRICT 115 N CENTER ST SUITE 400 CASPER, WYOMING 82601 Civil Action No: CV-2024-0374 **JUDGMENT ON THE PLEADINGS against C**[redacted] |

**THIS MATTER** having come before the Court on the _____ day of _____________ 2024, pursuant to Plaintiff's motion for judgment on the pleadings, and the Plaintiff having appeared through its attorney, and the Defendants having *(please circle one)* *appeared pro se / failed to appear* and the Court, after having reviewed the file and heard arguments, finds that Plaintiff is entitled to a judgment as a matter of law.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be, and hereby is, awarded to the Plaintiff, and against C[redacted] in the amount of ~~$6,131.81~~ calculated as follows:

$5070.81

| | | | |
|---|---|---|---|
| a. | Principal of | $ | 2,746.21 |
| b. | Contractual Collection Fee of | $ | ~~869.75~~ 0 |
| b. | Interest to date of | $ | 1919.60 |
| c. | Contractual Attorney Fees of | $ | $300 ~~491.25~~ |
| c. | Process Server fees | $ | 35.00 |
| d. | Court filing fee of | $ | 70.00 |
| e. | Partial Payment of | $ | (00.00) |

Found Unconscionable
§40-14-508
Plaintiff may Request Hearing

together with interest on the unpaid judgment at the statutory rate of 10% per annum and future costs as may be allowed by law.

**DONE** this_____day of MAR 22 2024, 2024.

[Seal: COURT OF THE 7TH JUDICIAL DISTRICT, STATE OF WYOMING, NATRONA COUNTY]

**BY THE COURT:**

[signature]
*Circuit Court Judge*

*Copies to:* ✓WILKERSON & WILKERSON LLC, P.O. Box 688, Powell, WY 82435
✓C[redacted] Glenrock, WY 82637.
mailed MAR 22 2024

Plaintiffs number 249980.rmr

FILED
APR 25 2024
CIRCUIT COURT OF SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY
By: L Kittinger
CLERK

**IN THE WYOMING CIRCUIT COURT**
**SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY**
115 N CENTER ST, SUITE 400, CASPER, WY 82601

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.,
A Wyoming Corporation,
*Plaintiff,*

-VS-

E[redacted] REDACTED

C[redacted] REDACTED

*Defendant,*

*Co-Defendant.*

Civil Action No: CV-2024-0652

**DEFAULT JUDGMENT**
**AGAINST E[redacted] REDACTED**
**and C[redacted] REDACTED**

**THIS MATTER** having come before the Court upon Plaintiff's application for Default Judgment and the Court having reviewed the file and being otherwise fully advised on the premise, finds:

1. Plaintiff's complaint was for a sum certain or a sum that can be made certain by computation.
2. A default has been entered in this matter against **E**[redacted] REDACTED and **C**[redacted] REDACTED
3. The Defendant(s), E[redacted] REDACTED and C[redacted] REDACTED are jointly and severely liable for the following claim(s):

| ORIGINAL CREDITOR | PRINCIPAL | INTEREST | COLLECTION FEE | INTEREST RATE | BREACH DATE | PAYMENTS RECEIVED |
|---|---|---|---|---|---|---|
| OIL CITY DENTAL | $279.30 | $33.62 | ~~$97.75~~ | 21% | 01-05-23 | $0.00 |

Found Unconscionable
§40-14-508
Plaintiff may Request Hearing

4. FEES: The following fees and costs incurred are awardable to the plaintiff:

| FEE | AMOUNT | TOTAL FEES |
|---|---|---|
| Court Filing Fee | $ 70.00 | $445.00 |
| Service of Process Fee | $ 75.00 | |
| Attorney Fee | $ 300.00 | |

**NOW THEREFORE, IT IS HEREBY ORDERED, AJUDGED, AND DECREED** that Judgment is entered jointly and severally against **E**[redacted] REDACTED and **C**[redacted] REDACTED for CLAIM and FEES in the amount of ~~$855.67~~ ~~$757.92~~ $757.92 bearing interest at the rate of 21.00% per year plus future court and attorneys' fees as accrued by Plaintiff and allowed by law.

**DATED** this 25th day of April, 2024. BY THE CIRCUIT COURT

Judge/Magistrate

CIRCUIT COURT OF THE SEVENTH JUDICIAL DISTRICT, STATE OF WYOMING, NATRONA COUNTY

Copies to:

☑ *Plaintiff* (Wilkerson & Wilkerson, P.O. Box 688, Powell, Wyoming 82435)
☑ *Defendant* (E[redacted] REDACTED Casper, Wy 82604)
☑ Co-*Defendant* (C[redacted] REDACTED Casper Wy 82604)

mailed
APR 26 2024

FILED
JUL 23 2025
CIRCUIT COURT OF SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY
By: L Kittinger
CLERK

**IN THE WYOMING CIRCUIT COURT**
**SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY**
115 N CENTER ST, SUITE 400, CASPER, WY 8260

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.,
A Wyoming Corporation,
*Plaintiff,*

-VS-

[redacted]
*Defendant.*

Civil Action No: CV-2025-1178

**DEFAULT JUDGMENT AGAINST [redacted]**

**THIS MATTER** having come before the Court upon Plaintiff's application for Default Judgment and the Court having reviewed the file and being otherwise fully advised on the premise, finds:

1. Plaintiff's complaint was for a sum certain or a sum that can be made certain by computation.
2. A default has been entered in this matter against [redacted]
3. The Defendant(s), [redacted] is liable for the following claim(s):

| ORIGINAL CREDITOR | PRINCIPAL | INTEREST | COLLECTION FEE | INTEREST RATE | BREACH DATE | PAYMENTS RECEIVED |
|---|---|---|---|---|---|---|
| WYO ORAL & MAXILLOFACIAL SUR | $354.10 | $83.84 | ~~$120.31~~ | 21% | 04-12-24 | $0.00 |

4. <u>FEES</u>: The following fees and costs incurred are awardable to the plaintiff:

Found Unconscionable
§40-14-508
Plaintiff may Request Hearing

| FEE | AMOUNT | TOTAL FEES |
|---|---|---|
| Court Filing Fee | $ 70.00 | $420.00 |
| Service of Process Fee | $ 50.00 | |
| Attorney Fee | $ 300.00 | |

**NOW THEREFORE, IT IS HEREBY ORDERED, AJUDGED, AND DECREED** that Judgment is entered against [redacted] for CLAIM and FEES in the amount of ~~$986.25~~ $857.94 bearing interest at the rate of 21.00% per year plus future court and attorneys' fees as accrued by Plaintiff and allowed by law.

**DATED** this ____ day of ______________, 20___. BY THE CIRCUIT COURT

JUL 23 2025

Judge/Magistrate

CIRCUIT COURT OF THE 7TH JUDICIAL DISTRICT, STATE OF WYOMING, NATRONA COUNTY

Copies to:

☑ *Plaintiff* (Wilkerson & Wilkerson, P.O. Box 688, Powell, Wyoming 82435)
☑ *Defendant* ([redacted], Casper, Wy 82609) mailed

JUL 24 2025

Plaintiff's File No.: 324826

**EXHIBIT E**