# EXHIBIT L

# WILKERSON & WILKERSON, LLC

## ATTORNEYS AT LAW

**P.O. Box 688**
**Powell, WY 82435**
**PHN: 307-754-8215**
**FAX: 307-754-7156**

**Hours of Operation (MT):**
**Mon.-Thur.:8:00 AM-5:00 PM**
**Friday :8:00 AM-4:00 PM**

February 14, 2025

REDACTED
REDACTED
RIVERTON, WY 82501

302413

| CREDITOR | AMOUNT | INTEREST | FEES | TOTAL |
|---|---|---|---|---|
| HOT SPRINGS COUNTY MEMORIAL HO | 12603.70 | 1601.71 | 0.00 | 14205.41 |
| TOTAL | 12603.70 | 1601.71 | 0.00 | 14205.41 |

This letter is notice to you that Rocky Mountain Recovery Systems, Inc. has requested this firm consider representing its interest in the recovery of the above alleged claim(s). We are presently conducting an investigation into these matters and request you mail to us any information evidencing any dispute you may have to the claim(s). In accordance with federal law, unless, within thirty (30) days following receipt of this letter, you dispute the validity of the debt(s) or any portion thereof, we will assume the debt(s) to be valid. If you notify this office in writing within the thirty (30) day period that the debt(s), or any portion thereof is disputed, we will obtain and mail to you verification of the debt(s) or a copy of a judgment against you [if previously litigated]. In addition, we will provide you with the name and address of the original creditor(s), if different from the current creditor(s), if requested within the thirty (30) day period. Any other action that may be taken by this firm during your thirty (30) day dispute period will not effect your right under federal law to request verification of our client's claim(s)

At this time no attorney with this law firm has reviewed our client's claim(s) against you. This letter is part of our due diligence in gathering information for our attorneys to evaluate the legitimacy of these claim(s).

Any information received will be reviewed. Suit may be filed without prior notice or response to disputes.

Federal law classifies our firm as a "debt collector" in this matter requiring us to state: that any information provided by you may be used to collect the debt(s).

Sincerely,

Wilkerson & Wilkerson, LLC