UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ANTHONY WEBSTER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ROCKY MOUNTAIN RECOVERY SYSTEMS, INC., WILKERSON & WILKERSON, LLC D/B/A WILKERSON LAW GROUP, DANIEL B. WILKERSON, and WYOMING HEALTH FAIRS<br><br>    Defendant. | Case No. 2:25-cv-00017-ABJ |

## ORDER GRANTING DEFENDANT WYOMING HEALTH FAIRS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT

  After considering Defendant Wyoming Health Fairs' Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint, and good cause having been shown, IT IS HEREBY ORDERED that Defendant Wyoming Health Fairs shall have an extension of thirty (30) days, up to and including September 26, 2025, to file its answer or response to Plaintiff's Amended Complaint.

SIGNED on this the _____ day of _____, 2025.

                                 _____

                                  U.S. District Court Judge

**Error! Unknown document property name.**