Daniel B. Wilkerson

Casper, WY 82601

## Experience in the Collection Industry

*Rocky Mountain Recovery/Recovery Systems Inc.*                    *Jan. 2009 – Present*

Title: Manager

Duties and Experience:
- Manage Business development and Client Service Efforts for the collection agency.
- Manage collection activities. I am the day to day manager for employees that manage the accounts and collect monies on them.
- Manage financial and support personnel for the agency.
- Implement and supervise employee training.
- Central point of escalation, issue resolution, and management decision making in the Agency.
- Supervise the work of about 7000 accounts per month.