# STATE OF WYOMING

**DEPARTMENT OF AUDIT**
**DIVISION OF BANKING**
**COLLECTION AGENCY BOARD**
Herschler Building, 3 East
122 West 25th Street
Cheyenne, WY 82002
(307) 777-3497

APR - 1 2010

*STATEMENT OF RESIDENT MANAGER*

Check # 1980  Amount 100.-
Date 4-1-10  Received by gf
Reviewed by _____

For new resident managers, this form needs to be submitted along with the Affidavit of Good Moral Character form and the $100.00 exam fee made payable to the State of Wyoming. You must call the Collection Agency Board to schedule the exam. Question four (4) of this application should indicate the applicant's collection experience while employed in the collection business. A Resident Manager must be a Wyoming resident, and have one year of experience in the collection business. A credit report will be pulled to demonstrate financial responsibility. Once a resident manager has passed the exam, he may act as resident manager for up to five agencies. (See W.S. 33-11-107 and Rules and Regulations, Chapter 2, Section 5 for further information.) Written notice must be given to the Board within ten (10) days of any change in resident manager. The licensee will have ninety (90) days to replace the resident manager.

## Part One: Information about the Resident Manager candidate

1. Collection Agency: Rocky Mountain Recovery Systems Inc (DBA 'Recovery Systems')(DBA 2 Rocky Mtn Recovery)
2. Resident Manager: Daniel B Wilkerson
   Date of Birth: REDACTED    Social Security #: REDACTED
   Business Address: _____
   Day Time Phone #: 307- REDACTED
   Residence Address: REDACTED
   Casper WY 82601
   E-mail Address: daniel@rsiwy.com

3. List other agencies that you are currently a resident manager for or state "N/A": _____

4. Give a detailed statement of occupation for the last ten (10) years. Detail your experience in the collection business. Attach additional sheets if necessary.

| Date From: | Date To: | Employer Name & Address: | Position & Duties | Reason For Leaving |
|---|---|---|---|---|
| Jan 2009 | Present | Rocky Mtn. Recovery | Bus. Development & Client Services Manager | N/A (See Attached) |
| Feb 2007 | Feb 2010 | REDACTED | Business Consultant Data Analysis, Fin. Analysis | Obtained New Job |
| May 2005 | Jan 2007 | | Associate Insurance Sales, Growth | Obtained New Job |
| Jan 2004 | Apr 2005 | | Server | Moved |

5. Has Resident Manager within the last ten (10) years: (All blanks must be completed with an answer or N/A.)

   (a) Been an officer, director or partner in a firm which has become insolvent? ____No____

   (b) Been convicted of or terminated from any employment due to a fraudulent act in any transaction of any kind? ____No____

(c)   Been convicted of a criminal offense other than a traffic misdemeanor? ____No____

If yes is indicated on any of the above questions, please explain here: _____

**Part Two: Give Five (5) References:**

| Name: | Address: | Phone Number: |
|---|---|---|
| 1. DWIGHT BREMER | REDACTED | |
| 2. REDACTED | | |
| 3. | | |
| 4. | | |
| 5. | | |

## AUTHORIZATION

I hereby authorize the Collection Agency Board to obtain such financial information about me as it deems necessary to determine my personal qualifications to act as a Resident Manager.

## OATH

I do solemnly swear that the foregoing answers, statements and attached exhibits are true and correct to the best of my knowledge and that I have not omitted any material fact touching on such matters.

I further swear that I have diligently and in good faith studied the laws of Wyoming relating to collection agencies (W.S. 33-11-101 through 33-11-116), and the rules and regulations promulgated by the Wyoming Collection Agency Board.

_____3/26/10_____                                _____[signature]_____
       Date                                       Signature of Resident Manager

## ACKNOWLEDGMENT

State of __Wyoming__ )
                     )ss
County of __Park__   )

The foregoing instrument was acknowledged before me by __Dan Wilkerson__ this __26th__ day of __March__, 20__10__.

Witness my hand and official seal.

(SEAL) [BARBARA E. WILK NOTARY PUBLIC COUNTY OF PARK STATE OF WYOMING MY COMMISSION EXPIRES MAY 3, 2013]

_____Barbara E. Wilk_____
            Notary Public

My commission expires: __May 3, 2013__

Revised 06/04

2

**EXHIBIT B**                                                                 **Page 2 of 2**