



# STATE OF WYOMING
## DEPARTMENT OF AUDIT

**DIVISION OF BANKING**
Collection Agency Board
(307) 777-3497  Fax (307) 777-3555  Email: jessica.jones@wyo.gov

Matthew H. Mead
Governor

Jeffrey C. Vogel
Director

Albert L. Forkner
Commissioner

May 14, 2014

Daniel Wilkerson
REDACTED
Powell, WY 82735



Mr. Wilkerson:

This will acknowledge receipt of the subject license Rocky Mountain Recovery Systems, Inc. (CAB-402) issued under the provisions of Wyoming Statutes 33-11-101 through 33-11-116.

Responsible personnel in the office so licensed understand their duties, rights and obligations under the Wyoming Collection Agency Board and the terms and conditions under which such license is issued.

**PLEASE SIGN, DATE AND RETURN THIS RECEIPT BY May 28, 2014.**

Rocky Mountain Recovery Systems, Inc.
(Name of the Entity Licensed)

_Daniel Wilkerson, Officer_
(Printed Name and Title)

_[Signature]_
(Signature)

_May 28, 2014_
(Date License Received)

Mail To:

Department of Audit, Division of Banking
C/o Jessica Jones
122 W 25th St
Herschler Building, 3rd Floor East
Cheyenne, WY 82002

HERSCHLER BUILDING, 3rd FLOOR EAST • 122 WEST 25th STREET • CHEYENNE, WY 82002 • WEB SITE
wyomingbankingdivision.wyo.gov

EXHIBIT C                                                                                 Page 1 of 1

W000297