Check # 3521  Amount $ 180
Date 3/24/16  Received by CS
Reviewed by DM



# STATE OF WYOMING
# DEPARTMENT OF AUDIT

### DIVISION OF BANKING
### Collection Agency Board
(307) 777-3497  Fax (307) 777-3555  Email: naomi.rhodes@wyo.gov

Matthew H. Mead
Governor

Jeffrey C. Vogel
Director

Albert L. Forkner
Commissioner

RECEIVED
MAR 24 2016
DEPT. OF AUDIT/ BANKING

## RENEWAL COLLECTION AGENCY LICENSE APPLICATION

Each License shall be renewed annually not less than forty-five (45) days before the expiration date. All applicants must complete the application, sign and date the application in the presence of a notary at the bottom of the form. ADDENDUMS/EXHIBITS are acceptable, provided each contain the required information. The completed application shall be LEGIBLE and filled out COMPLETELY. If a question is not applicable, please advise so in writing. Please answer all questions, leaving no part of the application blank.

1. License # **402**      FEIN#: __REDACTED__

2. Applicant is a __Corporation__
   [SP=Sole Proprietor, C=Corporation, LLC=Limited Liability Company, LP=Limited Partnership, GP=General Partnership, O=Other]

3. Agency Name: **Rocky Mountain Recovery Systems, Inc.**

4. List of all dba's:   **Recovery Systems**

   **Rocky Mountain Recovery**

5. Wyoming Resident Manager's Name: **Daniel Wilkerson**

6. Resident Manager Address:  REDACTED  **Powell WY 82735**

7. Wyoming phone number: **307-686-1906**   Wyoming fax number: **307-754-7156**

8. Wyoming E-Mail:  **daniel@rsiwy.com**

9. Corporate web-site address:    **www.rsiwy.com**

10. Corporate licensing contact person's name, address, *direct phone number*, fax number, and *e-mail address*:

    Daniel Wilkerson  101 Hasting Horseshoe, Powell WY 82435  307-686-1906, FAX 307-754-7156, daniel@rsiwy.com

    Patti Snell PO Box 607, Gillette WY 82716, 307-686-1906, FAX 307-687-0216, patricia@rsiwy.com

11. Name of shareholders owning 10% or more (Attach a list of current owners' names):

    **M & D Financial, LLC**

(Revised 2013)  **EXHIBIT D**                                                      Page 1 of 3

W000178

12. X There have been no changes in agency officers since the last renewal.
☐ There have been changes to the agency's officers since the last renewal.
Attach a list of current officers' names, titles, and addresses if applicable.

13. Has your agency or any member had a license to conduct a collection agency denied, not renewed, suspended or revoked by this state or any other state?
☐ Yes   X No   If "yes" attach an explanation.

14. Has your agency or any member been convicted in any court of a felony involving forgery, embezzlement, obtaining money under false pretenses, larceny, extortion, fraud, or conspiracy to commit fraud?
☐ Yes   X No   If "yes" attach an explanation.

15. Has your agency or any member had a judgment entered against him in any civil action involving forgery, embezzlement, obtaining money under false pretenses, larceny, extortion, fraud or conspiracy to commit fraud?   ☐ Yes   X No   If "yes" attach an explanation.

16. Has your agency or any member failed to pay or satisfy any judgment debt or penalty imposed by a court?   ☐ Yes   X No   If "yes" attach an explanation.

17. List the individual(s) in your agency responsible for monitoring Wyoming Statutes (33-11-101 through 33-11-116) and the rules and regulations of the Wyoming Collection Agency Board.

    Name and Title: __Daniel B Wilkerson, Vice President_____

18. ALL AGENCIES: Attach a copy of all *current collectors who use desk names* and list their desk names. ☐ Check here if your agency does not use desk names.

19. ALL AGENCIES: Attach the completed Bank Account Information form.

20. ALL AGENCIES: Attach a copy of a current Wyoming Certificate of Good Standing Dated not more than sixty (60) days prior to filing in Wyoming, duly authenticated by the Secretary of State or other official having custody of corporate records in the state or country of formation. (To obtain a copy, visit the Wyoming Secretary of State's web site at: https://wyobiz.wy.gov/Business/ViewCertificate.aspx).

21. FOR OUT-OF-STATE AGENCIES ONLY: The completed application must be accompanied by an **original certificate of existence/good standing**, dated not more than sixty (60) days prior to filing in Wyoming, duly authenticated by the Secretary of State or other official having custody of corporate records in the state or country of formation. (To obtain a copy from your state, you may access a list of all states' database links at: http://soswy.state.wy.us/Business/Business50.aspx).

22. ALL AGENCIES: Attach a completed Financial Statement. *Use the Board's form only.* *Complete Cash on hand (trust account) and Payable to clients or provide brief explanation of why there are no funds posted to these line items.*

23. ALL AGENCIES: Attach a current copy of the "Certificate of Continued Coverage" for your $10,000.00 bond from the Surety Company.

24. ALL AGENCIES: Renewal Fee of $150.00 made payable to the *Wyoming Collection Agency Board*.

25. Please review form prior to submitting to the Collection Agency Board to ensure all areas have been completed to avoid a delay in the processing of your documents.

---

IN WITNESS WHEREOF the application has been executed this 10th day of March, 2016, on behalf of, and with the authority of said applicant, the information and statements contained therein, including exhibits attached thereto, and other information filed therewith, all of which are made a part hereof, are correct, true and complete. The applicant further represents that to the extent that information previously submitted is not correct, such information is currently accurate and complete.

_____          10 March 2016
Authorized Officer's Signature before a Notary          Date of Authorized Officer's Signature

  Michael B Wilkerson, President
Authorized Officer's printed Name and Title

### NOTARY'S ACKNOWLEDGMENT

In the State of ___Wyoming___, County of ___Campbell___

The foregoing application was acknowledged and signed before me by:

___Michael B. Wilkerson___ this __10__ day of __March__, 20__16__.
Name of Authorized Officer

_____
Notary Public's Signature

NOTARY SEAL    [Patti Snell - Notary Public, County of Campbell, State of Wyoming, My Commission Expires 1-14-2019]

My commission expires: __1/14/2019__

(Revised 2013)   **EXHIBIT D**                                                              Page 3 of 3

W000180