**Excerpt from the *Powell Tribune* newspaper classifieds, Powell, Wyo.**
**June 25, 2020 edition**

**THURSDAY, JUNE 25, 2020 POWELL TRIBUNE • PAGE 15**

### Help Wanted

**WILKERSON & WILKERSON** is seeking a full time legal assistant. Entry level position. No prior legal experience required. Qualified candidates will have excellent verbal communication, strong organizational skills and the ability to prioritize and meet deadlines in a high volume, fast paced environment. Duties include assisting attorneys, data entry and document preparation. Send resumes to tammy@rsiwy.com.
_____(50TFThursCT)

**RMRSI IS ACCEPTING RESUMES** for a full time account manager position. This position has no supervisory responsibility. Qualified candidates will have excellent verbal communication, strong organizational skills and the ability to prioritize and meet deadlines in a high volume & goal oriented environment. This position requires that the candidate have the skills to take initiative and work independently as well as in a team environment. Send resumes to tammy@rsiwy.com.
\_\_\_\_\_ (50TFThursCT)