101 Hastings Horseshoe  
Powell, WY 82435

**Rocky Mountain Recovery Systems, Inc.**

Hours of Operation (MT):  
Monday – Friday:  
8:00 am – 5:00 pm

(307) 754-8215 • (888) 226-7701

March 15, 2016

| | |
|---|---|
| Creditor: | WASTE CONNECTION OF WYO |
| Original Creditor Account No.: | |
| Account No.: | ▮ |
| Amount: | $220.64 |

\* \* \* 72 HOUR DEMAND \* \* \*

Your refusal to pay this account has left us no choice!

Failure to respond to this notice within 72 hours will result in the initiation of asset information research, which will be used by management for the purpose of further action evaluation. This inquiry may include verification of your non-exempt property, funds and/or wages, where applicable, as provided by law.

Should you choose to avoid the consequences of non-payment, remit the balance to our office without further delay.

ALL PAYMENTS MUST COME DIRECT TO OUR OFFICE.

Payment Options:

- Pay by Phone at 307-754-8215 or 1-888-226-7701
- Pay by Credit Card (complete and return form below or call our office)
- Call us at 307-754-8215 or 1-888-226-7701 to discuss payment arrangements
- Enclose a check or money order along with the bottom portion of this notice.

| CREDITOR | AMOUNT | INTEREST | FEES | TOTAL |
|---|---|---|---|---|
| WASTE CONNECTION OF WYO | 217.29 | 3.35 | 0.00 | 220.64 |
| TOTAL | 217.29 | 3.35 | 0.00 | 220.64 |

Federal law requires that we inform you that this letter is from a debt collector, in an attempt to collect a debt, and any information obtained will be used for that purpose.

132CU064255L5

Enclosing the bottom portion of this notice with your payment will expedite credit to your account.

---

| FOR CREDIT CARD PAYMENT, PLEASE COMPLETE AND RETURN |
|---|
| CREDIT CARD USING FOR PAYMENT   ☐ VISA   ☐ MASTERCARD |
| CARD NUMBER PLUS 3 DIGIT SECURITY CODE (on back of card)   EXP. DATE / |
| CARDHOLDER SIGNATURE   AMOUNT $ |

101 Hastings Horseshoe  
Powell WY 82435-8111  
ADDRESS SERVICE REQUESTED

March 15, 2016

84524071  
**REDACTED**  
Melissa Sanchez

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.  
101 Hastings Horseshoe  
Powell WY 82435-8111

Creditor: WASTE CONNECTION OF WYO  
Account No.: ▮  
Amount: $220.64

Amount Enclosed: $_____

**EXHIBIT G**                                                                                                     Page 1 of 1