**FILED**

OCT 2 0 2025

FREMONT COUNTY CIRCUIT COURT
RIVERTON, WYOMING

**IN THE WYOMING CIRCUIT COURT**
**NINTH JUDICIAL DISTRICT, FREMONT COUNTY**
1160 MAJOR AVE, STE 100, RIVERTON, WY 8250

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.,
A Wyoming Corporation,

*Plaintiff,*

Civil Action No: CV-2025-0489

-vs-

D REDACTED

*Defendant.*

**PLAINTIFF'S COMPLAINT**

 COMES NOW the Plaintiff through counsel and for its cause of action against the Defendant ,

hereby states, alleges, and avers as follows:

1. The Plaintiff is a corporation licensed with the Wyoming Collection Agency Board (Licensee No.

   CAB-402) and authorized to do business in the State of Wyoming with offices in Gillette, Powell, and

   Casper Wyoming.

2. That upon information and belief, venue is proper in this County as at least one defendant resides in

   the County or neither reside within the State of Wyoming or services were provided in this County.

**CLAIM**

3. Plaintiff restates paragraphs 1 and 2 as if fully set forth herein.

4. The following original creditors performed services, sold goods, and/or leased property (hereinafter

   **"Performance"**) in anticipation of monetary compensation and for the benefit of the Defendant's

   dependent or the Defendant who defaulted and failed to compensate the Original Creditor(s) therefore

   after proper demand for payment was made:

| ORIGINAL CREDITOR | PRINCIPAL | INTEREST | COLLECTION FEE | INTEREST RATE | BREACH DATE | PAYMENTS RECEIVED |
|---|---|---|---|---|---|---|
| S48WY1, LLC | $5253.41 | $91.13 | $1838.69 | 7% | 02-21-25 | $0.00 |

5. In consideration for the Performance the Defendant entered into a written agreement to compensate

   the Original Creditor(s) for attorney fees incurred as a result of default and the costs to the Original

   Creditor(s) to hire a collection agency to collect payment.

     In accordance with federal law, you are notified that this letter is from a debt collector in
     an attempt to collect a debt and any information obtained will be used for that purpose.

**EXHIBIT L**

*Plaintiffs File No.352784*

**Page 1 of 2**

6. The Defendant is statutorily or contractually obligated to compensate the Original Creditor(s) for the court filing fee, service of process, and interest.

7. The Original Creditor(s) assigned their claim(s) to the Plaintiff for collection and the Plaintiff has made demand upon the Defendant for payment and has received the following amount, if any, in partial satisfaction thereof: $0.00.

   **WHEREFORE** the Plaintiff prays for this court to award actual damages to the Plaintiff and against the Defendant for Claim in the amount of $7502.23 together with current and future interest, attorney fees and other costs as may accrue hereafter and allowed by law, and for such other and further relief as the court may deem just and proper.

   **DATED** this September 5, 2025.

   Daniel B. Wilkerson; 7-6415
   Bret T. Allred; 6-3835 of counsel for
   **Wilkerson & Wilkerson, LLC**
   P.O. Box 688, Powell, WY  82435
   Phone: 307-754-8215
   Email: ww@rsiwy.com
   *Attorneys for Plaintiff*

In accordance with federal law, you are notified that this letter is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.