IN THE WYOMING CIRCUIT COURT
SECOND JUDICIAL DISTRICT, CARBON COUNTY
415 WEST PINE STREET STE 235, RAWLINS, WY 82301

**FILED**
JUL 03 2025
CLERK OF CIRCUIT COURT
2nd JUDICIAL DISTRICT
CARBON COUNTY, WYOMING
BY_____

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.,
A Wyoming Corporation,
*Plaintiff,*

-vs-

M[REDACTED]
*Defendant.*

Civil Action No: CV-2025-0114

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT**

STATE OF WYOMING  )
                  :§
COUNTY OF PARK    )

**COMES NOW** Tammy Mattson as agent for the Plaintiff and does hereby swear and affirm that the following statements are true and correct to the best of my knowledge and belief:

1. The attached billing record(s) ("**Statements**") and written agreement(s), if any, were received by the Plaintiff as part of the regular course of Plaintiff's business.

2. The Statements show the original creditor(s) were unjustly denied compensation for their services and/or goods which benefited the Defendant(s)

3. The claims for the Services were assigned to the Plaintiff for collections.

4. Based on Plaintiff's records the following reflects the amounts owed:

    a.  Principal: .................... $ 8929.87
    b.  Interest: ..................... $ 9818.66
    c.  Court filing fees: ............. $ 70.00
    d.  Service of process fees: ....... $ 50.00
    e.  Attorney fees: ................ $ 330.75
    f.  35% contractual collection fee: . $ 2194.15
    g.  Less payments received to date: . $( 100.00 )

**DATED** this June 12, 2025

_____
Tammy Mattson

Subscribed and sworn before me on  6/12/25 . Witness my hand and notary seal.

My commission expires: _____
Notarial Officer

ANTHEA JONES  NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID# 162256
MY COMMISSION EXPIRES JANUARY 2, 2026

In accordance with federal law, you are notified that this letter is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose

**EXHIBIT M**

Plaintiff's File No. RMR.AD.222189
Page 1 of 1