

04/01/2025

**Natrona County Circuit Court**

Re: Dispute Regarding Debt Collection by Rocky Mountain Recovery Systems

Cv-2025-0746

Dear your honor,

I am writing to formally address an ongoing issue with a company called Rocky Mountain Recovery Systems regarding a debt that I allegedly owe.

In November 2023, I was admitted to the hospital and had medical imaging done. I was informed by the medical professional at the time that my insurance would cover the expenses, and I would not be responsible for any out-of-pocket costs. I was under the impression that everything was covered by my health insurance and anything else to file with my car insurance.

However, in August 2024, I began receiving repeated phone calls from a Powell phone number. After a few attempts, I answered one of the calls and spoke with a representative named Tina Parker, who claimed that her company was working on behalf of Banner Health to collect payment on my outstanding account. I informed Ms. Parker that I was not in a position to make any payments at that time and would reach out to Banner Health for clarification.

When I contacted Banner Health, they confirmed that my account was in good standing and that my balance was zero. I found it odd that Ms. Parker's company was claiming I owed money, especially since Banner Health assured me that my account was current and paid in full.

I attempted to resolve the situation by requesting verification of the debt under the Fair Debt Collection Practices Act (FDCPA) during subsequent calls. I also inquired about whether Rocky Mountain Recovery Systems was licensed in Wyoming to collect debts. Unfortunately, Ms. Parker abruptly ended the call and I have not received any further communication from her or her company until Saturday, March 15, 2025, when I was served with paperwork indicating a legal action is being taken against me.

This situation has caused me significant confusion and frustration. I have been clear in my communication with Rocky Mountain Recovery Systems that I dispute the debt and requested verification of any amount owed. I do not believe I should be required to pay a debt that has not been properly validated, and I am concerned that this company is operating inappropriately by claiming to collect debts on behalf of Banner Health without providing the necessary verification or licensure.

I respectfully request that the court review this matter and help resolve the issue. I am not unwilling to pay any legitimate debts I may owe, but I will not be paying any amount until I receive the proper documentation and confirmation of the debt. I ask that any legal action against me be put on hold until this issue can be appropriately addressed and the legitimacy of the debt verified.

Thank you for your attention to this matter. I am hopeful for a fair and swift resolution.

Sincerely,
G REDACTED