| | | |
|---|---|---|
| STATE OF WYOMING ) | | IN THE CIRCUIT COURT |
| :§ | | FIRST JUDICIAL DISTRICT |
| | | 309 W 20TH ST RM 2300 |
| COUNTY OF LARAMIE ) | | CHEYENNE, WYOMING 82001 |

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.,
A Wyoming Corporation,

                        *Plaintiff,*

C **REDACTED**

                        *Defendant,*

FILED OCT 0 1 2025

Civil Action No.: CV- 2025-2653

**PLAINTIFF'S AFFIDAVIT FOR ATTORNEY FEES**

**COMES NOW** the undersigned affiant after having been duly sworn upon oath and hereby swears and attests as follows:

1. I am of counsel with Wilkerson & Wilkerson LLC ("**W&W**") which has been retained by the Plaintiff as its attorneys of record in all stages of this litigation;

2. In Wyoming each party is generally responsible for his own attorneys' fees, however a prevailing party may be reimbursed for his attorneys' fees when express statutory or contractual authorization exists for such an award (B*oard of County Commissioners of County of Platte v. State ex rel. Yeadon*, 971 P.2d 129 at 1320133 (Wyo. 1998);

3. Plaintiff seeks this award pursuant to Contractual authority;

4. The Plaintiff is a collection agency which produces large amounts of similar motions and pleadings and the times reflected below are derived from studies on the employee productivity and then rounded up to the nearest time increment;

| EVENT | ATTORNEY TIME (hrs.) | PARALEGAL TIME (hrs.) | VALUE $275/$95 hr |
|---|---|---|---|
| Intake account into firm | | Clerical | $0.00 |
| Draft/Revise due diligence letter | | 0.17 | $16.15 |
| Review account history | | 0.17 | $16.15 |
| Review evidence | | 0.17 | $16.15 |

*Plaintiff's Affidavit for Attorney fees*
*Rocky Mountain Recovery Systems, Inc. Vs. C* **REDACTED**
*Civil Action No. CV- 2025-2653  RMR 326078*

| Task | | | Amount |
|---|---|---|---|
| Edit Civil Cover Sheet | | 0.08 | $7.60 |
| Draft summons | | 0.25 | $23.75 |
| Draft complaint | | 0.92 | $87.40 |
| Draft proposed service return | | 0.17 | $16.15 |
| Review case history | 0.08 | | $22.00 |
| Review evidence | 0.08 | | $22.00 |
| Review summons and complaint | 0.08 | | $22.00 |
| Set reminder, secure payment of fees, copy and mail for service and filing | | Clerical | $0.00 |
| Review and record court filing receipt | | Clerical | $0.00 |
| Review and record service return and set reminder for default | | Clerical | $0.00 |
| Review case posture | | 0.08 | $7.60 |
| Review complaint and answer | | 0.08 | $7.60 |
| Review evidence against answer | | 0.08 | $7.60 |
| Investigate name of representative of original creditor to testify | | Clerical | $0.00 |
| Draft/Revise disclosures | | 0.17 | $16.15 |
| Draft/Revise proposed order setting hearing and notice to pro se defendants | | 0.08 | $7.60 |
| Draft/revise motion for summary judgment with memorandum of law | | 0.58 | $55.10 |
| Draft/revise affidavit for original creditors representative and attach exhibits | | 0.25 | $23.75 |
| Draft/revise proposed judgment | | 0.17 | $16.15 |
| Draft/Revise notice of right to hearing and proposed order setting exemption hearing | | 0.08 | $7.60 |
| Draft/Revise affidavit for attorney fees | | 0.08 | $7.60 |
| Attach written agreement signed by the defendant | | Clerical | $0.00 |
| Review case posture and answer | 0.08 | | $22.00 |
| Review motion for summary judgment with exhibits and proposed judgment | 0.17 | | $46.75 |
| Set reminder, copy and file and serve | | Clerical | $0.00 |
| Record order setting hearing and add to attorney calendar | | Clerical | $0.00 |
| Preparation for hearing (anticipated) | 0.17 | | $46.75 |
| Attendance at hearing (anticipated) | 0.26 | | $71.50 |
| Set reminder, record hearing notes | | Clerical | $0.00 |
| Record judgment from court and return account to client for collections | | Clerical | $0.00 |
| **TOTALS** | **0.92** | **3.58** | **$593.10** |

4. The fees which W&W charges, $275.00 per hour for attorneys and $95.00 per hour for paralegals, are customarily charged in this locality. The fee which I have charged is

*Plaintiff's Affidavit for Attorney fees*
*Rocky Mountain Recovery Systems, Inc. Vs.* ███ REDACTED ███
*Civil Action No. CV- 2025-2653  RMR 326078*

**EXHIBIT O** Page 2 of 3

within the range of fees charged by lawyers in this area which I reasonably believe to be from approximately $140 to $350 per hour.

5. W&W's time records are kept in increments of five minutes and rounded up to the nearest five-minute mark which is reasonable and customary for attorneys in this state. Our time is billed by converting the minutes to portions of an hour with all decimals rounded up to the nearest hundredths place.

6. My involvement and time on this case have precluded me from handling other matters for my other clients.

7. I request that the Court consider this Affidavit pursuant to W.S. § 1-14-126, find the requested fees to be reasonable and order that Defendant pay W&W's attorney's fees.

**FURTHER AFFIANT SAYETH NAUGHT.**

**RESPECTFULLY SUBMITTED** this ___ day of September, 2025.

Daniel B. Wilkerson Bar #: 7-6415
Bret T. Allred Bar #: 6-3835 of counsel for
**WILKERSON & WILKERSON LLC,**
*Attorneys for Plaintiff*
Po Box 688, Powell, Wyoming 82435
Telephone: 307-754-8215
Email: ww@rsiwy.com

Subscribed and sworn to before me this ___ day of Sept, 2025.
With my hand and official seal.

_____
Notary Public

My commission expires:

ANTHEA JONES — NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID# 162256
MY COMMISSION EXPIRES   JANUARY 2, 2029

*Plaintiff's Affidavit for Attorney fees*
*Rocky Mountain Recovery Systems, Inc. Vs.* **REDACTED**
*Civil Action No. CV- 2025-2653  RMR 326078*