**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

ANTHONY WEBSTER,

    Plaintiff,

v.

ROCKY MOUNTAIN RECOVERY
SYSTEMS, INC., et al.,

    Defendants

No. 2:25-cv-17-ABJ

**STATUS REPORT
OF SETTLEMENT**

Plaintiff writes to advise the Court as to the progress of settlement. Plaintiff is waiting for Defendants to make prerequisite performances, including the issuance of refunds to a set of consumers, the preparation for issuance and mailing of which is being worked on. Plaintiff will provide another update by April 20, 2026, and requests an extension of all deadlines accordingly. Counsel for Defendants consented to the filing of this Status Report and the relief requested herein.

**TAFT STETTINIUS & HOLLISTER LLP**

Dated: April 1, 2026

By _/s/ Scott M. Flaherty_
    Scott M. Flaherty (_pro hac vice_)
    Kellie Nelson Fetter (WSB 7-4597)
675 15th Street, Suite 2300
Denver, Colorado 80202
sflaherty@taftlaw.com
(612) 977-8400

LAW OFFICE OF TIM PHILLIPS
Tim Phillips (_pro hac vice_)

**ATTORNEYS FOR PLAINTIFF
ANTHONY WEBSTER**