FILED
UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING
11:33 am, 4/16/26
Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

ANTHONY WEBSTER,

Plaintiff,

VS.

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC., et al.,

Defendants,

Case No. 25-CV-17-ABJ

**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Upon the Joint Stipulation for Dismissal with Prejudice filed by all parties to this action (ECF No. 59), this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear their own costs, expenses, and attorney's fees.

Dated this 16th day of April, 2026.

Alan B. Johnson
United States District Judge